UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | C.A. No. 05-186/S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**PLAINTIFF BARRY SOUZA'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S DOCUMENT REQUESTS**

Plaintiff Barry Souza moves pursuant to F.R.C.P. 37(a) to compel defendant Rhode Island Carpenters Pension Plan to respond to plaintiff's document requests on or before December 5, 2004. The grounds for this motion are set forth in the memorandum filed herewith. The movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the information without Court action.

Brooks R. Magratten, Esq., #3585
Catherine A. Syner, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: November 21, 2005

CERTIFICATE OF SERVICE

TO:

Marc B. Gursky, Esq.
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Ste C
North Kingstown, RI 02851

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Motion by mailing first class mail, postage prepaid, on the 21st day of November, 2005.

Cynthia Dragon

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | C.A. No. 05-186/S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**PLAINTIFF BARRY SOUZA'S MEMORANDUM IN SUPPORT OF HIS MOTION TO COMPEL RESPONSES TO PLAINTIFF'S DOCUMENT REQUESTS**

Plaintiff Barry Souza moves pursuant to F.R.C.P. 37(a) to compel defendant Rhode Island Carpenters' Pension Plan to respond to plaintiff's document requests. Plaintiff propounded document requests to defendant on June 3, 2005. Defendant's responses were due July 3, 2005. To date, plaintiff has not received any response from defendant.

For the foregoing reasons, plaintiff Barry Souza respectfully requests that the Court enter an order compelling defendant to respond to plaintiff's request for production of documents on or before December 5, 2005.

Brooks R. Magratten, Esq., #3585
Catherine A. Syner, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: November 21, 2005

CERTIFICATE OF SERVICE

TO:

Marc B. Gursky, Esq.
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Ste C
North Kingstown, RI 02851

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Memorandum by mailing first class mail, postage prepaid, on the 21st day of November, 2005.

Cynthia Dragon