# EXHIBIT A

GURSKY LAW ASSOCIATES

November 16, 2005

Catherine A. Syner, Esquire
Vetter & White, Attorneys at Law
30 Washington Place
Providence, RI 02903
VIA FACSIMILE (401)272-6803 AND REGULAR MAIL

Re: RI Carpenters Benefit Fund/Barry Souza

Dear Catherine:

I am confused by your fax of November 15 with enclosed draft motions to compel. It was my understanding at both pre-trial conferences that, per Judge Smith and Magistrate Judge Almond's recommendations, this matter was to be resolved. You indicated to Judge Almond that you would report back whether we could agree to a dismissal of this action which would have the Trustees consider your client's application for disability benefits and dismiss this case.

I have not received any information indicating whether you are now agreeing to this resolution.

If it is your client's position that he refuses to dismiss this action as a condition of settlement, and you now wish to pursue discovery, please note that, as I indicated to both you and Mr. Magratten, your discovery was filed before discovery order entered permitting discovery. Therefore, if you intend to pursue this action, I would have no objection to accepting service of the interrogatories and request for production effective the date of Judge Almond's order permitting discovery. We would have no difficulty responding to those requests within the usual 30 days.

Very truly yours,

Marc B. Gursky

Marc B. Gursky

MBG:klk

420 Scrabbletown Road Suite C • North Kingstown, Rhode Island 02852
Tel: 401.294.4700 • Fax: 401.294.4702 • Email: rilaborlaw@aol.com