UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA,<br>Plaintiff<br><br>v.<br><br>RHODE ISLAND CARPENTERS' PENSION PLAN,<br>Defendant | ) | C.A. No. 05-186/S |

**PLAINTIFF BARRY SOUZA'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S DOCUMENT REQUESTS**

Plaintiff Barry Souza moves pursuant to F.R.C.P. 37(a) to compel defendant Rhode Island Carpenters Pension Plan to respond to plaintiff's document requests on or before December 5, 2004. The grounds for this motion are set forth in the memorandum filed herewith. The movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the information without Court action.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 12/6/05

Brooks R. Magratten, Esq., #3585
Catherine A. Syner, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: November 21, 2005

SCANNED