VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
(401) 421-3060

Fax: (401) 272-6803
E-mail: Vetlit@aol.com

---

TELEPHONE FACSIMILE TRANSMITTAL FORM

**To:** Marc B. Gursky, Esq.

**Fax #:** (401) 294-4702

**Date:** November 15, 2005

**From:** Catherine A. Syner, Esq.

**Pages:** 9, including cover sheet.

**Client/Matter Number:**

---

COMMENTS: I enclose draft motions to compel that we plan to file with the court. Please let me know if you would agree to a 20-day order.

---

## IMPORTANT - PLEASE READ

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

IF THERE IS ANY PROBLEM WITH THIS TRANSMISSION, PLEASE CALL US AT (401) 421-3060.