VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

November 21, 2005

Marc B. Gursky, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, Rhode Island 02852

Re: R.I. Carpenters Benefit Fund/Barry Souza

Dear Marc:

I have your letter in response to our draft motions to compel. We will consider the possibility of settlement. In order to evaluate the Pension Fund's settlement proposal, we need a copy of Mr. Souza's claim file. We would appreciate your producing the claim file as soon as possible.

With respect to the motions, more than thirty days have elapsed since Judge Smith lifted the stay of discovery. We will agree to a 30 day order if you need more time to respond.

Sincerely,

Catherine (Syner) Shaghalian