GURSKY LAW ASSOCIATES

RECEIVED

November 21, 2005

Catherine A. Syner Shaghalian, Esquire
Vetter & White, Attorneys at Law
30 Washington Place
Providence, RI 02903

Re: RI Carpenters Benefit Fund/Barry Souza

Dear Catherine:

I have your letter of November 21. As far as the motion is concerned, thirty days is acceptable provided our objections are deemed reserved. Please prepare a form of order.

Very truly yours,

Marc B. Gursky

MBG:klk
Enclosure

420 Scrabbletown Road Suite C • North Kingstown, Rhode Island 02852
Tel: 401.294.4700 • Fax: 401.294.4702 • Email: rilaborlaw@aol.com