VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

VETTER & WHITE

December 9, 2005

Marc B. Gursky, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, Rhode Island 02852

**Re: R.I. Carpenters Benefit Fund/Barry Souza**

Dear Marc:

Pursuant to Judge Almond's suggestion, we would like to set up a settlement conference with the Court. Before that conference takes place, however, we will need Mr. Souza's claim file and the following information so that we may evaluate any settlement proposals:

- The amount of disability pension benefits to which Mr. Sousa would be entitled;
- The amount of early retirement pension benefits to which Mr. Sousa is entitled;
- Whether Mr. Souza's receipt of early retirement pension benefits would adversely affect his entitlement to disability pension benefits;
- Whether Mr. Souza's receipt of disability pension benefits would adversely affect his entitlement to regular pension benefits at the age of 62.

The settlement conference may stand a greater chance of success if the Fund presents a settlement offer beforehand.

We received an order from the Court granting our motion to compel the Fund's discovery responses. Please advise when we can expect to receive those responses.

Very truly yours,

Catherine A. Shaghalian

Catherine A. Shaghalian