UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | C.A. No. 05-186/S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**AFFIDAVIT OF CATHERINE A. SYNER, ESQ.**

Catherine A. Syner, being duly sworn, says:

1. I am an attorney at Vetter & White, Inc., attorneys for plaintiff Barry Souza.

2. On June 3, 2005 I served interrogatories and requests for production on defendant Rhode Island Carpenters Pension Plan (the "Plan"), with responses due July 3, 2005.

3. The Plan did not provide discovery responses.

4. At a pretrial conference on August 10, 2005, Judge Smith stayed discovery for 60 days. The stay was lifted October 10, 2005.

5. On November 15, 2005 I sent by fax draft copies of motions to compel defendant's discovery responses to defendant's attorney, Marc B. Gursky, seeking voluntary compliance with the discovery requests. A true copy of the November 15, 2005 fax cover sheet is attached as Exhibit A.

6. By letter dated November 16, 2005 Attorney Gursky replied that he would have no objection to accepting service of the interrogatories and requests for production of

documents effective the date of Judge Almond's pretrial order, which was entered on November 10, 2005. A true copy of Attorney Gursky's November 16, 2005 letter is attached as Exhibit B.

7. On November 21, 2005, I sent a letter to Attorney Gursky stating that more than thirty days had elapsed since Judge Smith lifted the stay on discovery. I also advised Attorney Gursky that we would agree to a thirty day order if he needed more time. A true copy of the November 21, 2005 letter to Attorney Gursky is attached as Exhibit C.

8. I filed the motions to compel on November 21, 2005.

9. We did not receive an objection to either motion.

10. In a letter dated November 21, 2005 Mr. Gursky stated that he would agree to a thirty day order. I did not receive the letter from Attorney Gursky until December 6, 2005. A true copy of the November 21, 2005 letter from Attorney Gursky is attached as Exhibit D.

11. On December 6, 2005, however, the Court granted plaintiff's motion to compel production of documents by rule of court because no objection had been filed by defendant.

12. By letter dated December 9, 2005, I informed Attorney Gursky that we had received the Court's order granting plaintiff's motion to compel. I asked him when we could expect to receive the Plan's response. A true copy of the December 9, 2005 letter is attached as Exhibit E.

13. As of the date of this motion, we have not received the Plan's discovery responses pursuant to the Court's order. Attorney Gursky has given me no indication as to when the Plan will be providing a response.

Catherine A. Syner
Catherine A. Syner, Esq.

Subscribed and sworn to before me
this 20th day of December, 2005.

Cynthia Dragon
Cynthia Dragon, Notary Public
My commission expires: 3/10/08

## CERTIFICATE OF SERVICE

TO:

Marc B. Gursky, Esq.
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Ste C
North Kingstown, RI 02851

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Affidavit by mailing first class mail, postage prepaid, on the 20th day of December, 2005.

Cynthia Dragon