**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff,* | : | |
| v. | : | C.A. No. 05-186S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant.* | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S DOCUMENT REQUESTS**

Defendant Rhode Island Carpenters' Pension Plan hereby objects to Plaintiff's Motion to Compel Responses to Plaintiff's Document Requests for the reasons set forth in the accompanying Memorandum of Law.

Rhode Island Carpenters
Pension Fund
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail, postage prepaid, to Catherine A. Sayner, VETTER & WHITE, 20 Washington Place, Providence, RI 02903 on this 28 day of December, 2005.

Kerrie Kaminski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff*, | : | |
| v. | : | C.A. No. 05-186S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant*. | : | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S DOCUMENT REQUESTS**

Defendant Rhode Island Carpenters' Pension Plan hereby objects to Plaintiff's Motion to Compel Plaintiff's Document Requests for the reasons set forth below.

1. The Document Requests were not properly served. Pursuant to Fed. R. Civ. P. 26, "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." Plaintiff propounded document requests to Defendant on June 3, 2005. The pre-trial conference in this matter was not held until August 10, 2005. At that conference, no discovery plan was set; rather, the Court stayed proceedings for sixty days while the parties discussed settlement of the matter.

2. On November 10, 2005, a second pre-trial conference was held in this matter. At that conference, a settlement proposal was made by Defendant and it was recommended by Magistrate Judge Almond that the Plaintiff consider the proposal. Plaintiff's attorney indicated to Judge Almond that she would report back whether the parties could agree to the proposal, in which case the action would be dismissed. Plaintiff's attorney never reported back to either Judge Almond or Defendant whether the proposal was acceptable.

Rather, the next communication from Plaintiff was on November 15, 2005, when it sent draft motions to compel to Defendant.

3. Defendant's attorney advised Plaintiff's attorney that Plaintiff's discovery was filed prematurely. See Exhibit A. However, Defendant's attorney stated that he would have no objection to accepting service of the interrogatories and request for production effective November 14, 2005, the date of Judge Almond's order permitting discovery. On November 21, 2005, Plaintiff filed its motions to compel with the Court. The next day, Defendant received correspondence from Plaintiff's attorney, stating that Plaintiff will agree to a thirty day order. However, as the time for the responses has not yet expired, Defendant will not agree to an order.

4. The pre-trial discovery order in this matter entered November 14, 2005. Even assuming that discovery was properly served as of the November 14, 2005, the first day it could have been served under the Federal Rules, Defendant would have until December 14, 2005 to respond to Plaintiff's Interrogatories and Request for Production. Accordingly, because Plaintiff's discovery requests, and, consequently, its Motions to Compel, are premature, Defendant respectfully requests that the Court deny Plaintiff's Motions.

Rhode Island Carpenters
Pension Fund
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail, postage prepaid, to Catherine A. Snyner, VETTER & WHITE, 20 Washington Place, Providence, RI 02903 on this 28 day of December, 2005.