1/10/05: MOTION WITHDRAWN BY PLAINTIFF ON 1/6/05.
USMJ

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA,<br>Plaintiff<br><br>v.<br><br>RHODE ISLAND CARPENTERS' PENSION PLAN,<br>Defendant | ) | C.A. No. 05-186/S |

**MOTION FOR ENTRY OF DEFAULT**

Pursuant to F.R.C.P. 37(b)(2)(C), and based on the Affidavit of Catherine A. Syner, Esq. filed herewith, plaintiff Barry Souza hereby applies to the Clerk for entry of the default of defendant Rhode Island Carpenters' Pension Plan for its failure to provide responses to plaintiff's request for production of documents pursuant to the Court's December 6, 2005 order.

Plaintiff files herewith the Affidavit of Catherine A. Syner, Esq. and a supporting memorandum of law.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date: 12/30/05

Catherine A. Syner

Brooks R. Magratten, Esq., #3585
Catherine A. Syner, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: December 20, 2005