UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | C.A. No. 05-186/S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**PLAINTIFF BARRY SOUZA'S MOTION TO COMPEL**
**ANSWERS TO PLAINTIFF'S INTERROGATORIES**

Plaintiff Barry Souza moves pursuant to F.R.C.P. 37(a) to compel defendant Rhode Island Carpenters Pension Plan to respond to plaintiff's interrogatories on or before December 5, 2004. The grounds for this motion are set forth in the memorandum filed herewith. The movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the information without Court action.

1/10/06: GRANTED. DEFENDANT SHALL RESPOND TO PLAINTIFF'S INTERROGATORIES BY 1/30/06.
USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☐ for determination
☐ ____
William E. Smith, U.S. District Judge
Date 12/6/05

Catherine A. Syner
Brooks R. Magratten, Esq., #3585
Catherine A. Syner, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: November 21, 2005