RECEIVED
DEC 30 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARRY M. SOUZA,
*Plaintiff,*

v. C.A. No. 05-186S

RHODE ISLAND CARPENTERS
PENSION PLAN,
*Defendant.*

1/10/06: DEFENDANT'S CROSS-MOTION TO VACATE 12/6/05 ORDER IS DENIED AS MOOT.

USMJ

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND CROSS-MOTION TO VACATE ORDER**

Defendant Rhode Island Carpenters' Pension Plan hereby objects to Plaintiff's Motion to for Entry of Default for the reasons set forth in its accompanying memorandum of law. Defendant further requests that the Court vacate its December 6, 2005 order granting Plaintiff's Motion to Compel Responses to Document Requests.

Rhode Island Carpenters
Pension Fund
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702