UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA | : | |
| | : | |
| VS. | : | C.A. No.: 05-186S |
| | : | |
| RHODE ISLAND CARPENTERS PENSION PLAN | : | |

**NOTICE TO TAKE DEPOSITION**

Please take notice that Defendant, Rhode Island Carpenters Pension Plan, will conduct the deposition of Barry M. Souza. The examination will continue from day to day until completed, the same to commence at the office of Gursky Law Associates, 420 Scrabbletown Road, Ste. C., North Kingstown, Rhode Island, 02852 on Thursday, February 9, 2006 at 10:00 a.m., before a notary public duly commissioned in the State of Rhode Island. Please be advised that the deposition may be offered as evidence in the trial of this matter.

Rhode Island Carpenters
Pension Plan
By its attorney,

Marc B Gursky

Marc B. Gursky, Esq. #2818
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

**CERTIFICATION**

I hereby certify that the within Notice has been mailed first class, postage prepaid on the 18th day of January, 2006 to the following:

Catherine A. Shaghalian, Esquire
Vetter & White, Attorneys at Law
30 Washington Place
Providence, RI 02903

Irons & Associates
11 S. Angell Street
Providence, RI 02906

Kerrie Karwoski