UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APR 18 2006

| | |
|---|---|
| BARRY M. SOUZA, *Plaintiff,* | |
| v. | C.A. No. 05-186S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant.* | |

RECEIVED
APR 20 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

The parties stipulate that Defendant Rhode Island Carpenters Pension Plan shall have until **May 19, 2006** to file its Objection to Plaintiff's Motion for Summary Judgment.

Granted
WSMM
USDJ
4/21/06

Plaintiff,
By his attorneys,

Catherine A. Shaghalian

Brooks R. Magratten, Esq. # 3585
Catherine A. Shaghalian, Esq. #6883
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel. (401) 421-3060
Fax. (401) 272-6803

Defendant,
By its attorney,

[signature]

Marc B. Gursky, Esq. #2818
Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702