**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff*, v. RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant*. | : | C.A. No. 05-186S |

**DEFENDANT'S RULE 12.1 STATEMENT OF GENUINE ISSUES OF MATERIAL FACT**

Pursuant to Local Rule 12.1, Defendant submits its Statement of Genuine Issues of Material Fact.[1] This Statement is submitted in opposition to Defendant's Motion for Summary Judgment.

1. Whether Mr. Souza was a "participant" within the meaning of Plan when he submitted his pension application. See Pension Plan, sections 3.4 and 1.10; Pension Analysis; Transcript at 66:22

2. Whether Plaintiff had enough quarters to qualify for a Social Security disability benefits. See SS Statement.

3. Whether Plaintiff failed to report any income to the Social Security Administration. See Social Security Statement; Letter; Affidavit of Betty Pacheco; Transcript at 49:6-57:19, 58:22-62:12

[1] The facts in dispute are derived from (a) The Carpenters' Pension Plan, attached as Exhibit A to Plaintiff's Motion for Summary Judgment. ("Pension Plan") (b) The Pension Analysis, attached as Exhibit C to Plaintiff's Motion for Summary Judgment ("Pension Analysis"); (c) Deposition Transcript of Barry Souza, Exhibit 2 ("Transcript"); (d) Social Security Statement, attached as Exhibit C to Plaintiff's Motion for Summary Judgment ("SS Statement"); (e) November 11, 2004 letter, attached as Exhibit C to Plaintiff's Motion for Summary Judgment ("Letter"); (f) Affidavit of Betty Pacheco, Exhibit 3; (g) Affidavit of Donald Lavin, Exhibit 4; (h) Pension Application, attached as Exhibit C to Plaintiff's Motion for Summary Judgment; (i) Wage Records and Remittance Reports, Exhibit 1.

4. Whether Plaintiff would have had enough quarters to qualify for a Social Security disability benefits had he reported all of his income. See SS Statement.

5. Whether Plaintiff could obtain from the Social Security Administration medical determination that he is disabled despite the fact that he did not qualify for a Social Security disability. See Affidavit of Donald Lavin.

6. Whether Plaintiff attempted to obtain from the Social Security Administration medical determination that he is disabled despite the fact that he did not qualify for a Social Security disability. See Pension Application; Transcript at 39:6-40:4, 43:23-47:2.

7. Whether Plaintiff made false statements on his pension application. See Transcript at 40:21-43:22, 65:8-66:21, 67:2-70:9; Records.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

Marc B. Gursky, Esq. #2818
Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

Dated: May 19, 2006

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail, postage prepaid, to Catherine A. Syner, VETTER & WHITE, 20 Washington Place, Providence, RI 02903 on this 19 day of May, 2006.