FILED
JUN 0 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | |
| v. | ) | C.A. No. 05-186/S |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**PLAINTIFF'S MOTION TO STRIKE CERTAIN EXHIBITS AND REFERENCES THERETO**

Plaintiff moves for an order striking the following exhibits appended to defendant's objection to plaintiff's motion for summary judgment: (i) Exhibit 1; (ii) Exhibit 2; (iii) paragraphs 4 and 5 of Exhibit 3; and (iv) paragraphs 4 and 5 and Exhibit 1 of Exhibit 4. Plaintiff also requests that the Court strike all references to Exhibits 1 and 2 and the cited portions of Exhibits 3 and 4 in defendant's objection.

Plaintiff files herewith a supporting memorandum of law.

Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: June 1, 2006

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________
William E. Smith, District Judge
Date: 6/6/06

7/13/06. DENIED AS MOOT IN VIEW OF THIS COURT'S RECOMMENDATION THAT PLAINTIFF'S RULE 56 BE GRANTED.