AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

Souza
v.
Rhode Island Carpenters Pension Plan

## APPEARANCE

CASE NUMBER: CA 05-186 S

To the Clerk of this court and all parties of record: I, Elizabeth Wiens,

Enter my appearance as counsel in this case for

Defendant Rhode Island Carpenters Pension Plan.

8/30/06
Date

[signature]
Signature

Elizabeth Wiens #6827
Print Name

420 Scabbletown Rd, Ste C.
Address

N. Kingstown RI 02852
City State Zip Code

(401) 294-4700
Phone Number

FILED IN
OPEN COURT
on 8/30/06
@ 9:26 A.M.