UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Barry Sousa
    Plaintiff

V.                                                    CA05-186S

Rhode Island Carpenter's Pension Plan
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on July 14, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Defendant's Objection to the Report and Recommendation is DENIED and Plaintiff's Motion for Summary Judgment is GRANTED and the matter remanded to the plan for further "full review" of plaintiff's disability pension application.

BY ORDER:

_/s/ Neen Baldwin_
DEPUTY CLERK

ENTER:

_/s/ William E. Smith_
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 8/30/06