AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Barry Souza
Plaintiff

**JUDGMENT IN A CIVIL CASE**

Rhode Island Carpenter's Pension Plan
Defendant

Case Number: C.A. No. 05-186S

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

X **Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgement is hereby entered in favor of the Plaintiff, Barry Souza against the Defendant, Rhode Island Carpenter's Pension Plan and the matter remanded to the Plan for further "full review" of Plaintiff's disability pension application pursuant to a decision and order entered by this Court on August 30, 2006.**

**September 7, 2006**
**Date**

**Clerk**

Loren Baldwell

**(By) Deputy Clerk**