# EXHIBIT A

freeERISA.com Free Access to Pension and Benefit Data

**Quicklinks**

Back to Company Detail page | New Search
Form 5500 | Schedule C | Schedule D | Schedule H | Schedule P | Schedule R | Schedule T |
Other Documents | SHOW ALL

Form **5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

**This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).**
**Complete all entries in accordance with the instructions to the Form 5500.**

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2004**
**This Form is Open to Public Inspection**

## Part I Annual Report Identification Information

**For the calendar plan year 2004 or fiscal plan year beginning** January 01, 2004, **and ending** December 31, 2004

**A** This return/report is for:
(1) [X] a multiemployer plan;
(2) [ ] a single-employer plan (other than a multiple-employer plan);
(3) [ ] a multiple-employer plan;
(4) [ ] a DFE (specify)

**B** This return/report is:
(1) [ ] the first return/report filed for the plan;
(2) [ ] the amended return/report;
(3) [ ] the final return/report filed for the plan;
(4) [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here [X]

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application [X]

## Part II Basic Plan Information -- enter all requested information.

**1a** Name of plan
RHODE ISLAND CARPENTERS ANNUITY FUND

**1b** Three-digit plan number (PN) 002

**1c** Effective date of plan (mo., day, yr.)
January 01, 1980

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)
RHODE ISLAND CARPENTERS ANNUITY PLN BOARD OF TRUSTEES
14 JEFFERSON PARK RD
WARWICK, RI 02888-1016

**2b** Employer Identification Number (EIN)
05-0388849

**2c** Sponsor's telephone number
401-467-6813

**2d** Business code (see instructions)
238900

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| | | |
|---|---|---|
| | 10/13/2005 | DAVID F. PALMISCIANO |
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.** v2.3 Form **5500** (2004)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")
SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional) **a** Name (including firm name, if applicable) and address **b** EIN

c Telephone no.

6 Total number of participants at the beginning of the plan year — 6: 4,381

7 Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

| | | | |
|---|---|---|---|
| a | Active participants | a | 4,447 |
| b | Retired or separated participants receiving benefits | b | |
| c | Other retired or separated participants entitled to future benefits | c | |
| d | Subtotal. Add lines **7a, 7b,** and **7c** | d | 4,447 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | e | |
| f | Total. Add lines **7d** and **7e** | f | 4,447 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | g | 4,447 |
| h | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | h | |
| i | If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | i | 250 |

8 Benefits provided under the plan (complete 8a through 8c, as applicable)

a ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

2C

b ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

**9a** Plan funding arrangement (check all that apply)

(1) ☐ Insurance
(2) ☐ Section 412(i) insurance contracts
(3) ☒ Trust
(4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

(1) ☐ Insurance
(2) ☐ Section 412(i) insurance contracts
(3) ☒ Trust
(4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a Pension Benefit Schedules**

(1) ☒ **R** (Retirement Plan Information)
(2) ☒ 1 **T** (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

(3) ☐ **B** (Actuarial Information)
(4) ☐ **E** (ESOP Annual Information)
(5) ☒ **SSA** (Separated Vested participant Information)

**b Financial Schedules**

(1) ☒ **H** ( Financial Information)
(2) ☐ **I** (Financial Information -- Small Plan)
(3) ☐ **A** ( Insurance Information)
(4) ☒ **C** ( Service Provider Information)
(5) ☒ **D** ( DFE/Participating Plan Information)
(6) ☒ **G** (Financial Transaction Schedules)
(7) ☒ 1 **P** (Trust Fiduciary Information)

**SCHEDULE C (Form 5500)**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

## Service Provider Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974.

**File as an attachment to Form 5500.**

Official Use Only
OMB No. 1210 - 0110

**2004**

**This Form is Open to Public Inspection**

**For the calendar plan year 2004 or fiscal plan year beginning** January 01, 2004 **and ending** December 31, 2004

**A** Name of plan
RHODE ISLAND CARPENTERS ANNUITY FUND

**B** Three digit plan number: 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
RHODE ISLAND CARPENTERS ANNUITY PLN BOARD OF TRUSTEES

**D Employer Identification Number**
05-0388849

### Part I Service Provider Information (see instructions)

**1** Enter the total dollar amount of compensation paid by the plan to all persons, other than those listed below, who received compensation during the plan year: **1**

**2** On the first item below list the contract administrator, if any, as defined in the instructions. On the other items, list service providers in descending order of the compensation they received for the services rendered during the plan year. List only the top 40. 103-12 IEs should enter N/A in columns (c) and (d).

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| REICH & TANG MINUTUS LP | 13-3671856 | INVESTMENT MGR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $89,266 | 21 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| ROBECO, USA INC. | 13-2649199 | INVESTMENT MGR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $39,378 | 21 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| STATE STREET GLOBAL | 04-1867445 | INVESTMENT MGR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $37,657 | 21 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| UNION LABOR LIFE INSURANCE CO. | 52-1579726 | INVESTMENT MGR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $24,250 | 21 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| SEGAL ADVISORS | 13-2646110 | FINANCIAL ADVISOR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $22,000 | 20 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| STATE STREET BANK | 04-1867445 | CUSTODIAN |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $16,120 | 18 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| NORTHERN CAPITAL MGMT | 04-3522651 | INVESTMENT MGR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $16,069 | 21 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| ADMINISTRATION SERVICES INC. | 05-0345198 | CONTRACT ADMINISTRATOR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $15,725 | 12 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|

| | | |
|---|---|---|
| WARD FISHER & CO. | 05-6016572 | AUDITOR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $15,175 | 10 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| GURSKY LAW ASSOCIATES | 05-0459850 | ATTORNEY |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | $8,229 | 22 |

**Part II Termination Information on Accountants and Enrolled Actuaries (see instructions)**

(a) Name (b) EIN
(c) Position
(d) Address
(e) Telephone No.
Explanation

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.** v2.3 **Schedule C (Form 5500) 2004**

**SCHEDULE D (Form 5500)**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration

## DFE/Participating Plan Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).

**File as an attachment to Form 5500.**

Official Use Only
OMB No. 1210 - 0110

**2004**

**This Form is Open to Public Inspection**

**For the calendar plan year 2004 or fiscal plan year beginning** January 01, 2004, **and ending** December 31, 2004

**A** Name of plan or DFE
RHODE ISLAND CARPENTERS ANNUITY FUND

**B** Three-digit plan number 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
RHODE ISLAND CARPENTERS ANNUITY PLN BOARD OF TRUSTEES

**D Employer Identification Number**
05-0388849

**Part I Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)**

**(a)** Name of MTIA, CCT, PSA, or 103-12IE BOND MARKET (CM 29) (CIS ID='681')

**(b)** Name of sponsor of entity listed in **(a)** STATE STREET GLOBAL ADVISORS

**(c)** EIN-PN 040025081043 **(d)** Entity Code C **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) $23,293,901

**(a)** Name of MTIA, CCT, PSA, or 103-12IE S & P 500 FLAGSHIP FUND (CM11)

**(b)** Name of sponsor of entity listed in **(a)** STATE STREET GLOBAL ADVISORS

**(c)** EIN-PN 040025081002 **(d)** Entity Code C **(e)** Dollar value of interest in MTIA, CCT, PSA, or 103-12IE at end of year (see instructions) $6,216,404

**Part II Information on Participating Plans (to be completed by DFEs)**

**(a)** Plan Name

**(b)** Name of plan sponsor **(c)** EIN-PN –

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.** v2.3 **Schedule D (Form 5500) 2004**

**SCHEDULE H (Form 5500)**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit

## Financial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

**File as an attachment to Form 5500.**

Official Use Only
OMB No. 1210 - 0110

**2004**

**This Form is Open to Public Inspection**

Guaranty Corporation

**For the calendar plan year 2004 or fiscal plan year beginning** January 01, 2004, **and ending** December 31, 2004

**A** Name of plan
RHODE ISLAND CARPENTERS ANNUITY FUND

**B** Three digit plan number 002

**C** Plan sponsor's name as shown on line 2a of Form 5500 or 5500-EZ
RHODE ISLAND CARPENTERS ANNUITY PLN BOARD OF TRUSTEES

**D Employer Identification Number**
05-0388849

## Part I Asset and Liability Statement

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines c(9) through c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** DFEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, 1i, and, except for master trust investment accounts, also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash | **a** | $111,136 | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| **(1)** Employer contributions | **b(1)** | $248,165 | |
| **(2)** Participant contributions | **b(2)** | | |
| **(3)** Other | **b(3)** | $665,955 | $1,133,902 |
| **c** General investments: | | | |
| **(1)** Interest-bearing cash (incl. money market accounts and certificates of deposit) | **c(1)** | $2,338,781 | $898,262 |
| **(2)** U.S. Government securities | **c(2)** | $10,773,138 | |
| **(3)** Corporate debt instruments (other than employer securities): | | | |
| **(A)** Preferred | **c(3)A** | | |
| **(B)** All other | **c(3)B** | $6,221,966 | |
| **(4)** Corporate stocks (other than employer securities): | | | |
| **(A)** Preferred | **c(4)A** | | |
| **(B)** Common | **c(4)B** | | $4,736,967 |
| **(5)** Partnership/joint venture interests | **c(5)** | $3,177,975 | $23,700,760 |
| **(6)** Real Estate (other than employer real property) | **c(6)** | | |
| **(7)** Loans (other than to participants) | **c(7)** | | |
| **(8)** Participant loans | **c(8)** | | |
| **(9)** Value of interest in common/collective trusts | **c(9)** | $25,758,531 | $23,293,901 |
| **(10)** Value of interest in pooled separate accounts | **c(10)** | | |
| **(11)** Value of interest in master trust investment accounts | **c(11)** | | |
| **(12)** Value of interest in 103-12 investment entities | **c(12)** | | |
| **(13)** Value of interest in registered investment companies (e.g., mutual funds) | **c(13)** | $6,504,512 | $6,216,404 |
| **(14)** Value of funds held in insurance co. general account (unallocated contracts) | **c(14)** | | |
| **(15)** Other | **c(15)** | $18,807,345 | $19,757,115 |
| **d** Employer-related investments: | | | |
| **(1)** Employer securities | **d(1)** | | |
| **(2)** Employer real property | **d(2)** | | |
| **e** Buildings and other property used in plan operation | **e** | $895 | $746 |
| **f** Total assets (add all amounts in lines 1a through 1e) | **f** | $74,608,399 | $79,738,057 |
| **Liabilities** | | | |
| **g** Benefit claims payable | **g** | | |
| **h** Operating payables | **h** | $775,869 | $551,266 |
| **i** Acquisition indebtedness | **i** | | |
| **j** Other liabilities | **j** | | |
| **k** Total liabilities (add all amounts in lines 1g through 1j) | **k** | $775,869 | $551,266 |
| **Net Assets** | | | |
| **l** Net assets (subtract line 1k from line 1f) | **l** | $73,832,530 | $79,186,791 |

## Part II Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. DFEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| **Income** | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **a** Contributions | | | |
| **(1)** Received or receivable in cash from: **(A)** Employers | **a(1)(A)** | $7,129,415 | |
| **(B)** Participants | **a(1)(B)** | | |
| **(C)** Others (including rollovers) | **a(1)(C)** | | |
| **(2)** Noncash contributions | **a(2)** | | |

| | | | |
|---|---|---|---|
| (3) Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** | **a(3)** | | $7,129,415 |
| **b Earnings on investments:** | | | |
| (1) Interest: | | | |
| (A) Interest-bearing cash (including money market accounts and certificates of deposit) | **b(1)(A)** | $22,870 | |
| (B) U.S. Government securities | **b(1)(B)** | $90,647 | |
| (C) Corporate debt instruments | **b(1)(C)** | $56,239 | |
| (D) Loans (other than to participants) | **b(1)(D)** | | |
| (E) Participant loans | **b(1)(E)** | | |
| (F) Other | **b(1)(F)** | | |
| (G) Total interest. Add lines **2b(1)(A)** through **(F)** | **b(1)(G)** | | $169,756 |
| (2) Dividends (A) Preferred stock | **b(2)(A)** | | |
| (B) Common stock | **b(2)(B)** | $12,939 | |
| (C) Total dividends. Add lines **2b(2)(A)** and **(B)** | **b(2)(C)** | | $12,939 |
| (3) Rents | **b(3)** | | |
| (4) Net gain (loss) on sale of assests: (A) Aggregate proceeds | **b(4)(A)** | $27,559,717 | |
| (B) Aggregate carrying amount (see instructions) | **b(4)(B)** | $27,639,175 | |
| (C) Subtract line **2b(4)(B)** from line **2b(4)(A)** | **b(4)(C)** | | ($79,458) |
| (5) Unrealized appreciation (depreciation) of assets: (A) Real Estate | **b(5)(A)** | | |
| (B) Other | **b(5)(B)** | $118,297 | |
| (C) Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | **b(5)(C)** | | $118,297 |
| (6) Net investment gain (loss) from common/collective trusts | **b(6)** | | $1,118,565 |
| (7) Net investment gain (loss) from pooled separate accounts | **b(7)** | | |
| (8) Net investment gain (loss) from master trust investment accounts | **b(8)** | | |
| (9) Net investment gain (loss) from 103-12 investment entities | **b(9)** | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | **b(10)** | | $716,404 |
| **c** Other Income | **c** | | $1,681,543 |
| **d** Total income. Add all **income** amounts in column (b) and enter total | **d** | | $10,867,461 |
| **Expenses** | | | |
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | **e(1)** | $5,139,740 | |
| (2) To insurance carriers for the provision of benefits | **e(2)** | | |
| (3) Other | **e(3)** | | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)** | **e(4)** | | $5,139,740 |
| **f** Corrective distributions (see instructions) | **f** | | |
| **g** Certain deemed distributions of participant loans (see instructions) | **g** | | |
| **h** Interest expense | **h** | | |
| **i** Administrative expenses: (1) Professional fees | **i(1)** | $23,404 | |
| (2) Contract administrator fees | **i(2)** | $15,725 | |
| (3) Investment advisory and management fees | **i(3)** | $244,740 | |
| (4) Other | **i(4)** | $89,591 | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)** | **i(5)** | | $373,460 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total | **j** | | $5,513,200 |
| **Net Income and Reconciliation** | | | |
| **k** Net income (loss) (subtract line 2j from line 2d) | **k** | | $5,354,261 |
| **l** Transfers of assets | | | |
| (1) To this plan | **l(1)** | | |
| (2) From this plan | **l(2)** | | |

## Part III Accountant's Opinion

**3** The opinion of an independent qualified public accountant for this plan is (see instructions):

**a Attached** to this Form 5500 and the opinion is -- **(1)** ☐ Unqualified **(2)** ☐ Qualified **(3)** ☒ Disclaimer **(4)** ☐ Adverse

**b Not attached** because:

**(1)** ☐ the Form 5500 is filed for a CCT, PSA, or MTIA

**(2)** ☐ the opinion will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50

**c** Check this box if the accountant performed a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 2520.103-12(d) ☒

**d** If an accountant's opinion is attached, enter the name and EIN of the accountant (or accounting firm)

WARD FISHER & CO. 05-6016572

## Part IV Transactions During Plan Year

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, or 5. 103-12 IEs also do not

complete 4j.

During the plan year:

| | Yes | No | Amount |
|---|---|---|---|
| **a** Did the employer fail to transmit to the plan any participant contributions within the maximum time period described in 29 CFR 2510.3-102? (see instructions) | a ☐ Yes | ☒ No | |
| **b** Were any loans by the plan or fixed income obligations due the plan in default as of the close of plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if **"Yes"** is checked) | b ☐ Yes | ☒ No | |
| **c** Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if **"Yes"** is checked) | c ☐ Yes | ☒ No | |
| **d** Did the plan engage in any nonexempt transaction with any party-in-interest? (Attach Schedule G (Form 5500) Part III if **"Yes"** is checked) | d ☐ Yes | ☒ No | |
| **e** Was this plan covered by a fidelity bond? | e ☒ Yes | ☐ No | $500,000 |
| **f** Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | f ☐ Yes | ☒ No | |
| **g** Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? | g ☐ Yes | ☒ No | |
| **h** Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? | h ☐ Yes | ☒ No | |
| **i** Did the plan have assets held for investment? (Attach schedule(s) of assets if **"Yes"** is checked, and see instructions for format requirements) | i ☒ Yes | ☐ No | |
| **j** Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if **"Yes"** is checked, and see instructions for format requirements) | j ☒ Yes | ☐ No | |
| **k** Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan or brought under the control of the PBGC? | k ☐ Yes | ☒ No | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year ☐ **Yes** ☒ **No** **Amount**

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions).

**5b(1)** Name of plan(s) **5b(2)** EIN(s) **5b(3)** PN(s)

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.** v2.3 **Schedule H (Form 5500) 2004**

## Schedule P (Form 5500)

Department of the Treasury
Internal Revenue Service

## Annual Return of Fiduciary of Employee Benefit Trust

This schedule may be filed to satisfy the requirements under section 6033(a) for an annual information return from every section 401(a) organization exempt from tax section 501(a).

Filing this form will start the running of the statute of limitations under section 6501(a) for any trust described in section 401(a) that is exempt from tax under section 501(a).

Official Use Only
OMB No. 1210 - 0110

**2004**

**This Form is Open to Public Inspection**

**File as an Attachment to Form 5500 or 5500-EZ.**

**For the calendar plan year 2004 or fiscal plan year beginning and ending**

**1a** Name of trustee or custodian RI CARPENTERS ANNUITY PLAN, BRD TTE

**b** Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)
14 JEFFERSON PARK ROAD

**c** City or town, state, and ZIP code WARWICK, RI 02888-0000

**2a** Name of trust RHODE ISLAND CARPENTERS ANNUITY FUN D

**b** Trust's employer identification number 05-0388849

**3** Name of plan if different from name of trust

**4** Have you furnished the participating employee benefit plan(s) with the trust financial information required to be reported by the plan(s)?.......... ☒ Yes ☐ No

**5** Enter the plan sponsor's employer identification number as shown on Form 5500 or 5500-EZ 05-0388849

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

Signature of fiduciary Date October 13, 2005

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500 or 5500-EZ v2.3 Schedule P Form 5500 (2004)

## Schedule R (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

## Retirement Plan Information

This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

**File as an Attachment to Form 5500.**

Official Use Only
OMB No. 1210 - 0110

**2004**

**This Form is Open to Public Inspection**

**For the calendar plan year 2004 or fiscal plan year beginning** January 01, 2004 **and ending** December 31, 2004

**A** Name of plan
RHODE ISLAND CARPENTERS ANNUITY FUND

**B** Three-digit plan number 002

**C** Plan sponsor's name as shown on line 2a of Form 5500 or 5500-EZ

**D Employer Identification Number**

RHODE ISLAND CARPENTERS ANNUITY PLN BOARD OF TRUSTEES 05-0388849

**Part I Distributions**

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash, annuity contracts, or publicly traded employer securities **1**

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits).

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year **3**

**Part II Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part)

**4** Is the plan administrator making an election under Code section 412(c)(8) or ERISA section 302(c)(8)? ☐ Yes ☐ No ☒ N/A

If the plan is a defined benefit plan, go to line 7.

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the ruling letter granting the waiver.

If you completed line 5, complete lines 3, 9, and 10 of Schedule B and do not complete the remainder of this schedule.

**6 a** Enter the minimum required contribution for this plan year **6a**

**b** Enter the amount contributed by the employer to the plan for this plan year **6b**

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)
If you completed line 6c, do not complete the remainder of this schedule **6c**

**7** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing automatic approval for the change, does the plan sponsor or plan administrator agree with the change? ☐ Yes ☐ No ☒ N/A

**Part III Amendments**

**8** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased the value of benefits? (see instructions)? ☐ Yes ☐ No

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**v2.3 **Schedule R Form 5500 (2004)**

**Schedule T (Form 5500)**

Department of the Treasury
Internal Revenue Service

## Qualified Pension Plan Coverage Information

This form is required to be filed under section 6058(a) of the Internal Revenue Code (the Code).
**File as an attachment to Form 5500.**

Official Use Only
OMB No. 1210 - 0110

**2004**

**This Form is Open to Public Inspection**

**For the calendar plan year 2004 or fiscal plan year beginning** January 01, 2004**, and ending** December 31, 2004

**A** Name of plan
RHODE ISLAND CARPENTERS ANNUITY FUND

**B** Three-digit plan number 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
RHODE ISLAND CARPENTERS ANNUITY PLN BOARD OF TRUSTEES

**D** Employer Identification Number
05-0388849

Note: If the plan is maintained by:

More than one employer and benefits employees who are not collectively-bargained employees, a separate Schedule T may be required for each employer (see the instruction for line 1).

An employer that operates qualified separate lines of business (QSLOBs) under Code section 414(r), a separate Schedule T may be required for each QSLOB (see the instruction for line 2).

**1** If this schedule is being filed to provide coverage information regarding the noncollectively bargained employees of an employer participating in a plan maintained by more than one employer, enter the name and EIN of the participating employer:

**1 a** Name of participating employer **1 b** Employer Identification Number

**2** If the employer maintaining the plan operates QSLOBs, enter the following information:

**a** The number of QSLOBs that the employer operates is 0.

**b** The number of such QSLOBs that have employees benefiting under this plan is 0.

**c** Does the employer apply the minimum coverage requirements to this plan on an employer-wide rather than a QSLOB basis? ☐ Yes ☐ No

**d** If the entry on line 2b is two or more and line 2c is "No," identify the QSLOB to which the coverage information given on line 3 or 4 relates.

**3** Exceptions – Check the box before each statement that describes the plan or the employer.
If you check any box, do not complete the rest of this Schedule.

**a** ☐ The employer employs only highly compensated employees (HCEs).

**b** ☐ No HCEs benefited under the plan at anytime during the plan year.

**c** ☒ The plan benefits only collectively-bargained employees.

**d** ☐ The plan benefits all nonexcludable nonhighly compensated employees of the employer (as defined in Code sections 414(b), (c), and (m)), including leased employees and self-employed individuals.

**e** ☐ The plan is treated as satisfying the minimum coverage requirements under Code section 410(b)(6)(C).

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**v2.3 Schedule T Form 5500 (2004)

**4** Enter the date the plan year began for which coverage data is being submitted.

**a** Did any leased employees perform services for the employer at any time during the plan year? ☐ Yes ☐ No

**b** In testing whether the plan satisfies the coverage and nondiscrimination tests of Code sections 410(b) and 401(a)(4), does the employer aggregate plans? ☐ Yes ☐ No

**c** Complete the following:

(1) Total number of employees of the employer (as defined in Code section 414(b), (c), and (m)), including leased employees and self-employed individuals **c(1)** 0

(2) Number of excludable employees as defined in IRS regulations (see instructions) **c(2)** 0

| | | |
|---|---|---|
| (3) Number of nonexcludable employees. (Subtract line 4c(2) from line 4c(1)) | **c(3)** | 0 |
| (4) Number of nonexcludable employees (line 4c(3)) who are HCEs | **c(4)** | 0 |
| (5) Number of nonexcludable employees (line 4c(3)) who benefit under the plan | **c(5)** | 0 |
| (6) Number of benefiting nonexcludable employees (line 4c(5)) who are HCEs | **c(6)** | 0 |

| | Disaggregation Part: | Ratio Percentage: | Exception: |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |

**f** This plan satisfies the coverage requirements on the basis of (check one): ☐ the ratio percentage test ☐ average benefit test

**Back to Top**

Your browser is: Internet Explorer

Your browser version is: 6

Your operating system is: Windows

Your user agent string (in lowercase) is: mozilla/4.0 (compatible; msie 6.0; windows nt 5.0; .net clr 1.1.4322)