# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | |
| | ) | C.A. No. 05-186/S |
| v. | ) | |
| | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**AFFIDAVIT OF CATHERINE A. SHAGHALIAN**

Catherine A. Shaghalian, being sworn on oath, deposes and states:

1. I am an associate in the law firm of Vetter & White, 20 Washington Place, Providence, Rhode Island. I have practiced law since 2003 working on insurance coverage, business and ERISA litigation matters.

2. In accordance with firm procedure, firm attorneys prepare contemporaneous records of legal services for each of the firm's clients, in the form of daily time sheets which are entered into the firm's computer on an ongoing basis, then compiled and totaled each month on a computer-generated Statement.

3. I have reviewed the monthly computer compilations of time sheet entries relating to the firm's representation of Barry Souza in this action. Exhibit 1. The services and time expended accurately reflect the firm's activity in connection with this litigation since February 2005, when the firm was first engaged to represent Mr. Souza.

4. I also reviewed the expenses recorded on the attached statement. The expenses recorded were actually and necessarily incurred and paid by Vetter & White, and are subject to reimbursement from Mr. Souza.

5. Vetter & White's attorneys' fees in this matter which total $43,150.25 plus $2,289.85 in expenses, are an accurate, proper and reasonable total fee for this matter given the complexity of issues and the contested nature of the proceedings, pleading and motion practice. The rates charged for each time-keeper are reasonable given their experience.

6. The hourly fees charged in this case, $230 for a partner and $160 for an associate attorney, are the firm's standard billing rates and are customarily charged in complex ERISA litigation to non-institutional clients.

7. If the firm is unable to recover its fees pursuant to 29 U.S.C. § 1132(g), then Mr. Souza is responsible for paying one third of any benefits awarded or paid plus reimbursement of expenses.

Catherine A. Shaghalian
Catherine A. Shaghalian

Subscribed and sworn to
before me this 21st
day of September, 2006.
Gordon P. Cleary, Notary Public
Gordon P. Cleary C/E 7/16/09