# EXHIBIT 1

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

I.D. # 05-0391104

Mr. Barry Souza
40 Roberts Street
Westport MA 02790

September 21, 2006
1011-3325

Statement #: 16375
Re: R.I. Carpenters Pension Plan
Services through September 13, 2006

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2005 | CAS | Meet with prospective client re ERISA claim, c/w Gately, Souza re disability pension claim | 0.50 | 72.50 |
| 2/9/2005 | CAS | Draft l/t RI Carpenters Benefit Fund requesting Plan, SPD, amendment documents | 0.50 | 72.50 |
| 2/10/2005 | BRM | Edit, finalize l/t Administrator requesting plan docs | 0.20 | 46.00 |
| 2/21/2005 | BRM | L/t Souza with fee agreement | 0.40 | 92.00 |
| 3/23/2005 | BRM | C/w CAS re instituting suit | 0.25 | 57.50 |
| | CAS | Draft complaint | 4.10 | 594.50 |
| 3/24/2005 | BRM | Review complaint | 0.25 | 57.50 |
| 3/25/2005 | BRM | Review complaint; c/w CAS re same | 0.30 | 69.00 |
| | CAS | Edit complaint, draft lts t/W. Gately and Souza | 0.70 | 101.50 |
| 3/28/2005 | CAS | Review plan docs received from Pension fund; attn to validity of plan amendment valid | 3.00 | 435.00 |
| | BRM | Attn Fund's response to request for plan docs; c/w CAS re same | 0.50 | 115.00 |
| 4/1/2005 | CAS | T/t BRM re research/draft complaint; attn to issue of validity of plan amendment | 1.40 | 203.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/4/2005 | CAS | Attn to issue of validity of plan amendment | 1.20 | 174.00 |
| 4/8/2005 | CAS | Attn to issue of validity of plan amendment, ERISA notice requirements | 2.90 | 420.50 |
| 4/11/2005 | BRM | Edit, revise complaint | 0.30 | 69.00 |
| 4/12/2005 | BRM | Edit, revise complaint; research pension plan | 0.40 | 92.00 |
| 4/13/2005 | CAS | T/c/w Mrs. Souza re draft complaint | 0.20 | 29.00 |
| 4/15/2005 | BRM | Review file, edit complaint | 0.50 | 115.00 |
| 4/28/2005 | BRM | Review, edit complaint | 0.25 | 57.50 |
| 5/2/2005 | CAS | Review and finalize complaint for filing | 1.50 | 217.50 |
| 5/11/2005 | CAS | Lt's t/B. Gately and B. Souza | 0.40 | 58.00 |
| | BRM | Attn status of service of process | 0.20 | 46.00 |
| 5/13/2005 | BRM | Attn answer | 0.25 | 57.50 |
| 5/23/2005 | BRM | C/w CAS re discovery requests | 0.20 | 46.00 |
| 6/2/2005 | CAS | Draft ints/req/prods to def. | 3.00 | 435.00 |
| 6/3/2005 | BRM | Edit, revise discovery requests | 0.25 | 57.50 |
| 6/6/2005 | BRM | T/c/w Gursky re discovery, pretrial conf; c/w CAS re same | 0.30 | 69.00 |
| 6/29/2005 | BRM | Check court docket on case status | 0.20 | 46.00 |
| 7/14/2005 | CAS | T/c/w Mrs. Souza re early retirement benefits | 0.10 | 14.50 |
| 7/18/2005 | BRM | C/w CAS re stlt plan provisions | 0.25 | 57.50 |
| | CAS | C/w BRM re stlt plan provisions; t/t Mrs. Souza re same | 0.20 | 29.00 |
| 7/19/2005 | CAS | T/t Mrs. Souza re stlt plan provisions | 0.10 | 14.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/20/2005 | CAS | T/c/w Mrs. Souza re stlt; t/c/w Gursky re early retirement benefits; c/w BRM re early retirement benefits | 0.30 | 43.50 |
| 7/25/2005 | CAS | T/t M. Gursky re early retirement stipulation | 0.10 | 14.50 |
| 7/29/2005 | CAS | Attn Gursky letter re settlement; c/w BRM re Gursky letter; begin draft response to settlement proposal | 0.70 | 101.50 |
| | BRM | Attn Gursky letter re settlement; c/w CAS re same | 0.40 | 92.00 |
| 8/1/2005 | BRM | Edit l/t Gursky re settlement; c/w CAS re same | 0.40 | 92.00 |
| | CAS | Attn draft l/t M. Gursky re settlement proposal; review letter with BRM; revise and finalize; t/t Mrs. Souza re status update | 1.00 | 145.00 |
| 8/8/2005 | BRM | C/w CAS re pretrial conf, possible remand; edit pretrial conf stmt | 0.40 | 92.00 |
| | CAS | T/t M. Gursky re settlement, t/c/w BRM re settlement, pretrial conf; draft pretrial conf statement | 3.00 | 435.00 |
| 8/9/2005 | CAS | Prep for pretrial conf | 0.50 | 72.50 |
| 8/10/2005 | BRM | C/w CAS re pretrial conf | 0.20 | 46.00 |
| 8/18/2005 | BRM | C/w CAS re dismissal of fed action | 0.20 | 46.00 |
| | CAS | T/t Gursky | 0.10 | 14.50 |
| 8/19/2005 | CAS | T/t Atty Gursky re settlement proposal; c/w BRM re same | 0.20 | 29.00 |
| 8/23/2005 | CAS | T/t M. Gursky re settlement proposal | 0.10 | 14.50 |
| 8/24/2005 | CAS | Review complaint; t/t M. Gursky; t/c/w Mrs. Souza | 0.40 | 58.00 |
| 9/30/2005 | CAS | Attn to fed ERISA regs re benefits denials | 0.80 | 116.00 |
| 11/4/2005 | BRM | Attn notice of pretrial conf | 0.20 | 46.00 |
| 11/8/2005 | BRM | C/w CAS re pretrial conf with MJ Almond | 0.25 | 57.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/8/2005 | CAS | Draft m/compel, conf. w/BRM re pretrial conf | 0.25 | 36.25 |
| 11/10/2005 | BRM | C/w CAS re pretrial conf | 0.25 | 57.50 |
| | CAS | Prep for and attend pretrial conf; c/w BRM re same | 1.50 | 217.50 |
| 11/12/2005 | BRM | Review file, block out next steps | 0.50 | 115.00 |
| 11/14/2005 | BRM | C/w CAS re next steps | 0.20 | 46.00 |
| | CAS | T/t BRM re next steps; draft m/compel deft's answers to ints, draft m/compel defs req/prod and memos in support of same | 1.30 | 188.50 |
| 11/15/2005 | BRM | Review, finalize m/compel | 0.30 | 69.00 |
| | CAS | Review and finalize m/compel, fax to M. Gursky | 0.30 | 43.50 |
| 11/17/2005 | BRM | Attn l/f Gursky re discovery; c/w CAS re same | 0.25 | 57.50 |
| | CAS | T/f Mrs. Souza re status of case; l/t M. Gursky re m's/compel; attn Gursky letter re same | 0.50 | 72.50 |
| 11/18/2005 | BRM | Attn l/t Gursky re m/compel | 0.10 | 23.00 |
| 11/21/2005 | BRM | C/w CAS re mtg with Souzas | 0.20 | 46.00 |
| 12/7/2005 | CAS | Attn fax from RIDC re settlement conf. | 0.10 | 14.50 |
| 12/8/2005 | CAS | Review case/next steps with BRM; mtg with Souzas re next steps, strategy; draft l/t M. Gursky | 1.00 | 145.00 |
| | BRM | C/w CAS, Souzas re next steps; edit l/t Gursky | 0.50 | 115.00 |
| 12/14/2005 | BRM | Attn Gursky letter; follow up with CAS | 0.20 | 46.00 |
| 12/15/2005 | BRM | Attn notice of settlement conf and m/compel; c/w CAS re scheduling | 0.20 | 46.00 |
| | CAS | Draft motion for entry of default, affidavit, memo in support | 2.50 | 362.50 |
| 12/16/2005 | BRM | C/w CAS re legal research re remand issue | 0.20 | 46.00 |

VETTER & WHITE
*Attorneys at Law*

Mr. Barry Souza 

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/19/2005 | BRM | Edit, revise m/default def. | 0.25 | 57.50 |
| | CAS | Revise draft m/default; memo, affidavit in support; follow up with Jeannine Theall re settlement conf | 4.50 | 652.50 |
| 12/21/2005 | CAS | Follow up with J. Theall re settlement conf and hrg re m/compel ints; call Souzas re schedule of settlement conf; attn reqts of ERISA plan amendments | 0.90 | 130.50 |
| 12/23/2005 | CAS | Review file; attn to validity of amendment in prep for settle conf; follow up with J. Theall re pretrial conference | 4.00 | 580.00 |
| 12/27/2005 | CAS | Attn to validity of plan amendment | 3.90 | 565.50 |
| 12/29/2005 | CAS | Attn to plan denial of benefits, review B. Souza's medical records | 2.90 | 420.50 |
| 12/30/2005 | CAS | Review def response to req/prod; review def objection to m/default; review def settlement conf, statement | 0.50 | 72.50 |
| 1/2/2006 | BRM | Attn def's prod/docs; review l/f Gursky re same | 0.40 | 92.00 |
| 1/3/2006 | CAS | Update BRM re status; attn to amendment validity; draft settlement conf statement; t/t E. Wiens re trust agreement; l/t Mr. Souza re Fund doc/prod | 7.30 | 1,058.50 |
| | BRM | Attn Fund's prod/docs; c/w CAS re same | 0.30 | 69.00 |
| 1/4/2006 | CAS | Attn to standard of review; draft settlement conf statement | 5.00 | 725.00 |
| 1/5/2006 | CAS | t/c/w Mrs. Souza re docs/prod by Fund | 1.00 | 145.00 |
| | BRM | Edit, revise settlement conf statement | 0.30 | 69.00 |
| 1/9/2006 | CAS | Prep for settle conf; prep for hrg re m/compel ints | 3.00 | 435.00 |
| 1/10/2006 | BRM | Attend hrg on settlement conf | 2.00 | 460.00 |
| | CAS | C/w BRM re settlement conf; review file in prep for settlement conf; attend settlement conf | 4.00 | 580.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/11/2006 | LDM | C/w CAS re docs from RI Carpenter Benefit funds and medical records | 0.20 | 18.00 |
| | CAS | Draft order re m/compel ans/ints | 0.30 | 43.50 |
| 1/17/2006 | LDM | Create bates labels re RI Carpenters docs and medical records produced by Souza; bates stamp and create binder for RI Carpenters docs; copy and bates stamp Souza medical records produced by client; create binder re Souza medical records; create folder for original medical records | 1.00 | 90.00 |
| 1/18/2006 | LDM | Create medical summary for Barry Souza; c/w CAS re Souza docs, RI Carpenters Benefit Fund, document summary | 1.00 | 90.00 |
| 1/19/2006 | CAS | Meet with Souzas to discuss case strategy | 0.60 | 87.00 |
| 1/21/2006 | BRM | Attn notice of Souza depo | 0.20 | 46.00 |
| 1/23/2006 | CAS | Draft motion for protective order and memo in support | 0.80 | 116.00 |
| 1/24/2006 | CAS | Draft m/protective order; draft memo in support | 1.00 | 145.00 |
| 1/25/2006 | CAS | Review and finalize motion protective order, fax draft to M. Gursky | 1.00 | 145.00 |
| | BRM | Edit, revise m/protective order | 0.25 | 57.50 |
| 1/30/2006 | BRM | Attn notice of 2/15 hrg | 0.20 | 46.00 |
| | CAS | T/t E. Wiens re Souza depo; t/t A. Mercurio re protective order hearing; t/f J. Theall re protective order hearing | 0.30 | 43.50 |
| 2/14/2006 | CAS | Prep for hrg on m/protective order; c/w BRM re same; t/t Mrs. Souza re hrg on m/protective order | 4.00 | 580.00 |
| 2/15/2006 | CAS | Prep for hrg re m/protective order; attend hrg re same; t/t Mrs. Souza re same | 2.10 | 304.50 |
| 2/16/2006 | BRM | Attn MJ Amond decision on m/protective order | 0.20 | 46.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/16/2006 | CAS | Attn court's decision re m/protective order; c/w BRM re same; t/t Mrs. Souza re same | 0.30 | 43.50 |
| 2/17/2006 | CAS | T/f Mrs. Souza | 0.10 | 14.50 |
| 2/20/2006 | CAS | Prep for depo of B. Souza | 1.50 | 217.50 |
| 2/21/2006 | CAS | Prep for depo; attend and defend B. Souza depo | 4.10 | 594.50 |
| | BRM | Attn depo of Souza | 0.25 | 57.50 |
| 2/22/2006 | CAS | Draft m/s.j., affidavit, undisputed facts, memo in support | 2.50 | 362.50 |
| 2/23/2006 | CAS | Draft motion for summary judgment | 2.60 | 377.00 |
| 2/24/2006 | CAS | Draft m/s.j. | 3.50 | 507.50 |
| 2/27/2006 | CAS | Draft statement undisputed facts, affidavit, memo in support of s/j | 5.70 | 826.50 |
| 2/28/2006 | CAS | Attn issue of plan interpretations that add eligibility reets | 4.10 | 594.50 |
| 3/1/2006 | CAS | Attn issue of plan interpretations that add eligibility reets | 1.00 | 145.00 |
| 3/8/2006 | CAS | Draft memo in support of m/s.j. | 2.00 | 290.00 |
| 3/9/2006 | CAS | Work on draft m/s.j. and memo; t/t Mrs. Souza re case status; draft l/t J. Smith requesting s/j conf | 4.10 | 594.50 |
| 3/10/2006 | CAS | Attn l/t J. Smith req s/j conf; review/revise m/s.j. | 3.10 | 449.50 |
| 3/13/2006 | CAS | Review/revise m/s/j | 3.50 | 507.50 |
| 3/17/2006 | CAS | Review, revise m/s/j. | 2.00 | 290.00 |
| 3/18/2006 | BRM | Edit, review m/s/j. | 0.50 | 115.00 |
| 3/20/2006 | CAS | Review m/s/j., prep for s/j hrg; t/t Mrs. Souza re B. Souza affidavit; attn to Trust Agreement | 3.80 | 551.00 |
| 3/21/2006 | CAS | Edit memo in support m/s.j.; prep for s/j conf, attend s/j conf; research re plan settlement proposal | 7.80 | 1,131.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/21/2006 | BRM | C/w CAS re pre m/s.j. conf | 0.20 | 46.00 |
| 3/22/2006 | CAS | Attn affidavit of B. Souza; attn to settlement via dismissal with prejudice | 2.80 | 406.00 |
| 3/23/2006 | CAS | Attn plan settlement | 1.80 | 261.00 |
| 3/27/2006 | CAS | Attn settlement via dismissal with prejudice | 0.30 | 43.50 |
| 3/28/2006 | CAS | Attn settlement via dismissal with prejudice | 0.30 | 43.50 |
| 3/29/2006 | CAS | Attn settlement via dismissal with prejudice | 2.90 | 420.50 |
| 3/30/2006 | CAS | Attn settlement via dismissal with prejudice | 3.00 | 435.00 |
| 3/31/2006 | CAS | Attn settlement via dismissal with prejudice | 3.00 | 435.00 |
| 4/3/2006 | CAS | Attn to settlement via dismissal w/ prejudice; c/w BRM re same; review, finalize m/s.j. | 6.70 | 971.50 |
| | BRM | C/w CAS re m/s.j. | 0.25 | 57.50 |
| 4/4/2006 | TC | Cite checked & pulled cases for m/s.j.; bound case & made table of cases | 3.40 | 408.00 |
| 4/10/2006 | CAS | Attn to denial of benefits; post hac justifications | 0.70 | 101.50 |
| 4/17/2006 | CAS | T/f E. Wiens re extension for objection; review and sign stipulation | 0.20 | 29.00 |
| 5/22/2006 | CAS | Review deft's objection to m/s/j. | 1.20 | 174.00 |
| | LDM | T/c/w BRM re objection to m/s/j.; c/w CAS re same | 0.20 | 18.00 |
| 5/24/2006 | BRM | Review Corp Fund's objection to m/s.j. | 0.40 | 92.00 |
| | CAS | C/w BRM re reply, attn to issue of post hac jusitifications for benefit denials | 1.00 | 145.00 |
| 5/25/2006 | CAS | Draft reply memo; attn to after acquired evidence theory; attn to post hac justifications for benefit denials | 6.00 | 870.00 |
| 5/26/2006 | CAS | Draft reply memo in support of m/s.j. | 5.00 | 725.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/30/2006 | HWU | Attn to acquired evidence rule and draft memo re same | 5.50 | 660.00 |
| | CAS | Draft reply memo in support of m/s.j.; memo to H. Upal re after acquired evidence rule; attn estoppel defense | 4.00 | 580.00 |
| 5/31/2006 | HWU | Finished memo re after acquired evidence rule | 3.00 | 360.00 |
| | CAS | Draft reply memo in support m/s.j. | 3.00 | 435.00 |
| 6/1/2006 | BRM | Review reply memo; c/w CAS re m/strike | 0.40 | 92.00 |
| | CAS | Review/finalize reply memo; draft m/strike exhs to deft's obj to m/s.j. and memo in support; file reply memo and m/strike | 4.90 | 784.00 |
| 6/2/2006 | CAS | L/t J. Almond re m/strike | 0.30 | 48.00 |
| 6/13/2006 | CAS | Prep for hrg m/s.j. | 5.00 | 800.00 |
| 6/14/2006 | BRM | C/w CAS re m/s.j. hrg, next steps | 0.30 | 69.00 |
| | CAS | Prep for hrg re m/s.j.; attend hearing and argue m/s.j.; c/w BRM re hrg m/s.j. | 4.10 | 656.00 |
| 6/15/2006 | CAS | T/t Mrs. Souza re hearing | 0.10 | 16.00 |
| 6/19/2006 | CAS | Attn deft's objection to m/strike | 0.20 | 32.00 |
| 7/14/2006 | CAS | Attn to order re mot strike; attn to Almond rept and recommend re mot for summary judgment; t/c/t Mrs. Souza re same | 0.60 | 96.00 |
| | BRM | Attn decision according s/j; c/w CAS re next steps, fee petition | 0.50 | 115.00 |
| 7/17/2006 | CAS | Attn to motion for Attys fees | 1.00 | 160.00 |
| 7/18/2006 | BRM | Attn msj opinion; c/w CAS re fee petition | 0.40 | 92.00 |
| | CAS | Attn to petition for attys fees; conf. w/BRM re petition for attys fees | 0.20 | 32.00 |
| 7/19/2006 | CAS | Draft motion for attys fees and memo in support | 2.50 | 400.00 |

VETTER & WHITE
*Attorneys at Law*

Mr. Barry Souza



| | | | Hours | Amount |
|---|---|---|---|---|
| 7/20/2006 | CAS | Draft motion for attys fees and supporting memo | 0.50 | 80.00 |
| 7/31/2006 | CAS | Attn to def's obj to J. Almond's report and recommendation | 0.50 | 80.00 |
| | HWU | Read Objection, prepared caselaw re standing and informal Amendments, meet w/CAS | 0.50 | 50.00 |
| 8/1/2006 | CAS | Attn to issue of standing in ERISA cases; memo from HMU re same | 3.00 | NO CHARGE |
| | HWU | Prepared caselaw re standing and informal Amendments, meet w/CAS and discussed issues Statutory standing v article III | 1.50 | 150.00 |
| 8/2/2006 | CAS | Draft response to objection | 1.70 | 272.00 |
| 8/3/2006 | CAS | Attn to standing in ERISA Cases; t/c/t Mrs. Souza re update on status | 1.10 | 176.00 |
| 8/4/2006 | CAS | Attn to standing issue; draft response to defs obj. to rep. and recommend | 4.00 | 640.00 |
| | HWU | Meet w/CAS over object/dev reply argument | 0.50 | 50.00 |
| 8/7/2006 | CAS | Draft reply memo to def's obj to report and recommendation | 3.00 | 480.00 |
| 8/8/2006 | BRM | C/w CAS re fee petition, obj. to RICF appeal to J. Smith | 0.25 | 57.50 |
| | BRM | C/w CAS re fee petition, obj. to RICF appeal to J. Smith | 0.25 | 57.50 |
| 8/9/2006 | CAS | Draft response to def's objection to report and recommendation | 3.30 | 528.00 |
| 8/10/2006 | BRM | Review response to RI Carp. Fund obj to R & R | 0.40 | 92.00 |
| | CAS | Draft response to def's obj to Report and recommendation; review and finalize same | 5.00 | 800.00 |
| 8/11/2006 | CAS | Review, finalize and file resp to rep and rec | 0.50 | 80.00 |
| 8/14/2006 | BRM | Email CAS re fee petition | 0.20 | 46.00 |

VETTER & WHITE
*Attorneys at Law*

Mr. Barry Souza



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/15/2006 | CAS | Draft motion for atty's fees | 2.50 | 400.00 |
| 8/16/2006 | CAS | Draft for mot attys fees | 2.50 | 400.00 |
| 8/17/2006 | CAS | Draft memo in supp. mot attys fees; t/c/f Mrs. Souza re status | 4.70 | 752.00 |
| 8/25/2006 | CAS | Review/finalize draft fee app, supportng affidavits bills; begin prep for summary judgment hearing | 2.70 | 432.00 |
| 8/27/2006 | BRM | Revise, edit fee petition | 0.50 | 115.00 |
| 8/28/2006 | CAS | Edit application for attys fees; conf w/BRM re same; begin prep for s/j hearing; attn to possible defense | 2.20 | 352.00 |
| 8/29/2006 | CAS | Prepare for oral argument; review papers; attn to cases cited by plan | 6.20 | 992.00 |
| 8/30/2006 | BRM | Attn J. Smith decision affirming R+R; c/w CAS re next steps | 0.40 | 92.00 |
| | CAS | Prep for and attend hearing re def's obj. to J. Almond's rep & rec; update BRM re same; t/c/t Souzas re hearing | 2.40 | 384.00 |
| 9/5/2006 | CAS | Attn to email from BRM re fee applic.; attn to local rule 54.1; conf. w/BRM re same | 0.30 | 48.00 |
| | BRM | Attn issues re fee petition | 0.25 | 57.50 |
| 9/6/2006 | CAS | Revise mot for attys fees per Local Rule 54.1 | 2.00 | 320.00 |
| 9/7/2006 | CAS | Attn to entry of judgment in favor of plf; attn to fee application, bills in support | 1.10 | 176.00 |
| 9/12/2006 | CAS | Attn to email from BRM re aff. from S. Kilpatrick in support of fee petition; t/c/t S. Kilpatrick re same; review finalize bills, fee application, affidavits and memos in support | 2.70 | 432.00 |
| | BRM | C/w CAS re S. Kilpatrick expert affidavit | 0.25 | 57.50 |
| 9/13/2006 | CAS | Conf. w/BRM re fee petition; revise/finalize fee petition, memo and affidavits in support; prepare file to be reviewed by S. Kilpatrick; review bills re privileged info. and redact | 2.50 | 400.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/13/2006 | BRM | Review fee petition, c/w CAS re same | 0.30 | 69.00 |
| | | | 285.30 | **$43,150.25** |

Additional charges:

| | |
|---|---|
| Constable Service fees | 35.00 |
| E101 Copying | 569.25 |
| E104 Long Distance Fascimile | 14.70 |
| E105 long distance telephone | 7.33 |
| E106 On-Line Research | 1,181.38 |
| E108 Postage | 31.69 |
| E115 Deposition Transcripts | 450.50 |
| **Total costs** | **$2,289.85** |
| **Total amount of this bill** | **$45,440.10** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 20.05 | $4,611.50 |
| Catherine A. Shaghalian (Associate) | 248.45 | $36,644.75 |
| Hinna W. Upal (Associate) | 11.00 | $1,270.00 |
| Leslie D. Mansur (Paralegal) | 2.40 | $216.00 |
| Thomas Connolly (Associate) | 3.40 | $408.00 |