# EXHIBIT 2

GURSKY LAW ASSOCIATES

**CONFIDENTIAL SETTLEMENT PROPOSAL**

July 26, 2005

Catherine A. Syner, Esquire
Vetter & White, Attorneys at Law
30 Washington Place
Providence, RI 02903

Re: RI Carpenters Benefit Fund/Barry Souza

Dear Catherine:

I am pleased to report that the Fund has authorized me to extend the settlement proposal in this matter. The Fund would allow Mr. Souza to assert his claim for total disability based on whatever medical or other evidence he wishes. In exchange, the Fund would expect that the Complaint be dismissed with prejudice.

I look forward to hearing from you.

Very truly yours,

Marc B Gursky

Marc B. Gursky

MBG:klk

420 Scrabbletown Road Suite C • North Kingstown, Rhode Island 02852
Tel: 401.294.4700 • Fax: 401.294.4702 • Email: rilaborlaw@aol.com