# EXHIBIT 3

# GURSKY LAW ASSOCIATES

December 12, 2005

Catherine A. Shaghalian, Esquire
Vetter & White, Attorneys at Law
30 Washington Place
Providence, RI 02903

Re: RI Carpenters Benefit Fund/Barry Souza

Dear Catherine:

My client does not believe that a settlement conference would be useful at this time. Your client has already received a settlement demand to which he has yet to respond. This offer was recommended by both Judge Almond and Judge Smith. Judge Smith made it abundantly clear to you that even if your client is successful, he would not receive an actual award of disability benefits but rather simply a declaration that he was entitled to consideration of his application without the Social Security Disability certificate as a pre-condition. In response, you have suggested that an acceptance of this settlement would somehow collaterally estopp your client from challenging a subsequent adverse decision from the Fund. Not only do I disagree with this interpretation of the law, but I have offered to provide you with written assurance from the Fund to protect your client from this perceived problem.

My assessment of this case is that the Fund has offered you the relief to which you would likely be entitled if your client prevails, but you seek additional relief to which your client is not entitled. Not only does this expose your client to liability for the Funds attorney's fees, but you risk final judgment denying that relief; then you would truly have a res judica/collateral estoppel problem.

Please feel free to call if you have any questions.

Very truly yours,

Marc B. Gursky

MBG:klk
Cc: Dave Palmisciano
Valerie Campana

420 Scrabbletown Road Suite C • North Kingstown, Rhode Island 02852
Tel: 401.294.4700 • Fax: 401.294.4702 • Email: rilaborlaw@aol.com