# EXHIBIT 4

Selection Criteria

| | |
|---|---|
| Acti.Selection | Include: Accountant; Advise; Amendment; Appraisal; Arbitration fee; Attendance at; Balance Forward; Balance Forward; Bond Fee; Client Dvlp; Closing; Conference; Constable Fee; Correspondence; Costs; Court; Delivery; Depo. Cost; Deposition; Draft; Education; Fax; FedEx; File Review; Filing fee; Grievance; Hearing; Interpreter; Interview; Invest. Srvc; L/F; L/T; LEXIS; Lease; Legal Research; Long Distance; Meeting; Opinion; Phone Opp Atty; Phone client; Photocopies; Postage; Prep Pleadings; Preparation; Publish Fee; Recording Fee; Research; Response; Retainer; Review; Revise; Service Fee; TCF; TCT; Transcript; travel costs |
| Time.Selection | Include: JAZ; KES; LAW; MBG; TRL |
| Slip.Date | 11/1/2004 - 9/26/2006 |
| Slip.Extra | Begins with: Souza |
| Slip.Classification | Open |
| Clie.Selection | Include: CARP FUND |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 1881 TIME<br>6/5/2005<br>Billed G:10249 7/6/2005<br>Telephone call to McGrath re: discovery; L/T Fund | MBG<br>TCT<br>CARP FUND<br>Souza | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 165.00 |
| 1886 TIME<br>6/7/2005<br>Billed G:10249 7/6/2005<br>Review file | MBG<br>Review<br>CARP FUND<br>Souza | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 82.50 |
| 2252 TIME<br>7/20/2005<br>Billed G:10283 8/12/2005<br>Telephone call from Defendant's attorney re: early retirement | MBG<br>TCF<br>CARP FUND<br>Souza | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 82.50 |
| 2254 TIME<br>7/26/2005<br>Billed G:10283 8/12/2005<br>Letter to o/c; L/T DP | MBG<br>L/T<br>CARP FUND<br>Souza | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 82.50 |
| 2334 TIME<br>8/10/2005<br>Billed G:10309 9/13/2005<br>Preparation for conference; Conference at | MBG<br>Preparation<br>CARP FUND | 2.00<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 330.00 |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| USDC; L/T Trustees | | | | | | |
| | | | Souza | | | |
| 2501 | TIME | | MBG | 0.25 | 165.00 | 41.25 |
| 8/24/2005 | | | TCF | 0.00 | C@1 | |
| Billed | G:10309 | 9/13/2005 | CARP FUND | 0.00 | | |
| Telephone call from C. Syner | | | | 0.00 | | |
| | | | Souza | | | |
| 3063 | TIME | | MBG | 0.50 | 165.00 | 82.50 |
| 11/15/2005 | | | Review | 0.00 | C@1 | |
| Billed | G:10390 | 12/6/2005 | CARP FUND | 0.00 | | |
| Review correspondence from Atty. Synk; Reply | | | | 0.00 | | |
| | | | Souza | | | |
| 3072 | TIME | | MBG | 0.25 | 165.00 | 41.25 |
| 11/21/2005 | | | L/T | 0.00 | C@1 | |
| Billed | G:10390 | 12/6/2005 | CARP FUND | 0.00 | | |
| Letter to Synk; Review and forward claim files | | | | 0.00 | | |
| | | | Souza | | | |
| 3146 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 11/29/2005 | | | Review | 0.00 | C@1 | |
| Billed | G:10390 | 12/6/2005 | CARP FUND | 0.00 | | |
| Review their motions to compel; Review docket | | | | 0.00 | | |
| | | | Souza | | | |
| 3059 | TIME | | MBG | 0.00 | 165.00 | 0.00 |
| 11/30/2005 | | | Court | 0.00 | C@1 | |
| Billed | G:10390 | 12/6/2005 | CARP FUND | 0.00 | | |
| Court Appearance at USDC for PTC | | | | 0.00 | | |
| | | | Souza | | | |
| 3149 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 11/30/2005 | | | Review | 0.00 | C@1 | |
| Billed | G:10390 | 12/6/2005 | CARP FUND | 0.00 | | |
| Review file | | | | 0.00 | | |
| | | | Souza | | | |
| 3251 | TIME | | LAW | 1.00 | 165.00 | 165.00 |
| 12/5/2005 | | | Draft | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Draft obj. to motion to compel and memo | | | | 0.00 | | |
| | | | Souza | | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 3474 | TIME | | MBG | 1.00 | 165.00 | 165.00 |
| 12/12/2005 | | | Preparation | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Preparation | | | | 0.00 | | |
| | | | Souza | | | |
| 3280 | TIME | | LAW | 2.00 | 165.00 | 330.00 |
| 12/13/2005 | | | Draft | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Draft responses to int. and RFP's | | | | 0.00 | | |
| | | | Souza | | | |
| 3288 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 12/15/2005 | | | Draft | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Draft answers and obj. to RFP's | | | | 0.00 | | |
| | | | Souza | | | |
| 3307 | TIME | | LAW | 1.00 | 165.00 | 165.00 |
| 12/20/2005 | | | Draft | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Draft letter to DL and VC re: document request; Review Trust Agreement and correspondences | | | | 0.00 | | |
| | | | Souza | | | |
| 3310 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 12/20/2005 | | | Review | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Review plan documents | | | | 0.00 | | |
| | | | Souza | | | |
| 3316 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 12/22/2005 | | | Review | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Review motion/default' Draft obj. | | | | 0.00 | | |
| | | | Souza | | | |
| 3319 | TIME | | LAW | 3.00 | 165.00 | 495.00 |
| 12/23/2005 | | | Draft | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Draft obj and memo to default | | | | 0.00 | | |
| | | | Souza | | | |
| 3323 | TIME | | LAW | 1.50 | 165.00 | 247.50 |
| 12/27/2005 | | | Preparation | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Preparation of documents fro production; Review Trust Agreement fro arbitration | | | | 0.00 | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| provision | | | | | | |
| | | | Souza | | | |
| 3325 | TIME | | LAW | 1.25 | 165.00 | 206.25 |
| 12/27/2005 | | | Draft | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Draft settlement conference statement | | | | 0.00 | | |
| | | | Souza | | | |
| 3321 | TIME | | LAW | 1.00 | 165.00 | 165.00 |
| 12/27/2005 | | | Revise | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Revise memo/obj to default | | | | 0.00 | | |
| | | | Souza | | | |
| 3326 | TIME | | LAW | 4.00 | 165.00 | 660.00 |
| 12/28/2005 | | | Research | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Research on Lexis re: Plan Amendments and duty to disclose info; Draft settlement conference statement; Revise response to RFP | | | | 0.00 | | |
| | | | Souza | | | |
| 3327 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 12/28/2005 | | | TCT | 0.00 | C@1 | |
| Billed | G:10420 | 1/12/2006 | CARP FUND | 0.00 | | |
| Telephone call to DL re: document request; Draft letter to CS re: pension calculation of benefits | | | | 0.00 | | |
| | | | Souza | | | |
| 3503 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 1/4/2006 | | | TCT | 0.00 | C@1 | |
| Billed | G:10449 | 2/10/2006 | CARP FUND | 0.00 | | |
| Telephone call to CS re: motion for default | | | | 0.00 | | |
| | | | Souza | | | |
| 3516 | TIME | | LAW | 1.50 | 165.00 | 247.50 |
| 1/9/2006 | | | TCT | 0.00 | C@1 | |
| Billed | G:10449 | 2/10/2006 | CARP FUND | 0.00 | | |
| Telephone call to Betty re: int. answers; Draft answers to int. | | | | 0.00 | | |
| | | | Souza | | | |
| 3518 | TIME | | LAW | 1.50 | 165.00 | 247.50 |
| 1/10/2006 | | | Revise | 0.00 | C@1 | |
| Billed | G:10449 | 2/10/2006 | CARP FUND | 0.00 | | |
| Revise int. answers per MBG; Review SPD; | | | | 0.00 | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| Lexis research re: cases cited by defendants | | | Souza | | | |
| 3564 | TIME | | MBG | 3.00 | 165.00 | 495.00 |
| 1/10/2006 | | | Court | 0.00 | C@1 | |
| Billed | G:10449 | 2/10/2006 | CARP FUND | 0.00 | | |
| Court Appearance at USDC for conference; Preparation | | | | 0.00 | | |
| | | | Souza | | | |
| 3746 | TIME | | LAW | 4.00 | 165.00 | 660.00 |
| 2/9/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10480 | 3/10/2006 | CARP FUND | 0.00 | | |
| Research on Lexis re: protective orders, relevancy of info outside ad. record and Orndorf | | | | 0.00 | | |
| | | | Souza | | | |
| 3747 | TIME | | LAW | 3.50 | 165.00 | 577.50 |
| 2/10/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10480 | 3/10/2006 | CARP FUND | 0.00 | | |
| Draft obj. and memo to motion for prot. order | | | | 0.00 | | |
| | | | Souza | | | |
| 3763 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 2/10/2006 | | | Revise | 0.00 | C@1 | |
| Billed | G:10480 | 3/10/2006 | CARP FUND | 0.00 | | |
| Revise objection per MBG | | | | 0.00 | | |
| | | | Souza | | | |
| 3767 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 2/13/2006 | | | Court | 0.00 | C@1 | |
| Billed | G:10480 | 3/10/2006 | CARP FUND | 0.00 | | |
| Court Appearance to file obj. to prot. order | | | | 0.00 | | |
| | | | Souza | | | |
| 3776 | TIME | | LAW | 1.00 | 165.00 | 165.00 |
| 2/15/2006 | | | Court | 0.00 | C@1 | |
| Billed | G:10480 | 3/10/2006 | CARP FUND | 0.00 | | |
| Court Appearance - m/prot. order | | | | 0.00 | | |
| | | | Souza | | | |
| 3778 | TIME | | LAW | 2.25 | 165.00 | 371.25 |
| 2/16/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10480 | 3/10/2006 | CARP FUND | 0.00 | | |
| Research re: corp. database; Draft subpoenas for B.S.'s e'ers; Draft letter to B.P. | | | | 0.00 | | |
| | | | Souza | | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 3939<br>2/21/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10480 | <br><br>3/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 86.00 | 86.00 |
| 3836<br>2/21/2006<br>Billed<br>Preparation and depo | TIME<br><br>G:10480 | <br><br>3/10/2006 | MBG<br>Preparation<br>CARP FUND<br><br>Souza | 2.00<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 330.00 |
| 3941<br>2/21/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10480 | <br><br>3/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 45.00 | 45.00 |
| 3937<br>2/21/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10480 | <br><br>3/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 86.00 | 86.00 |
| 3788<br>2/21/2006<br>Billed<br>Research re: service of subpoena in MA;<br>Depo of Barry Souza | TIME<br><br>G:10480 | <br><br>3/10/2006 | LAW<br>Research<br>CARP FUND<br><br>Souza | 1.50<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 247.50 |
| 3793<br>2/21/2006<br>Billed<br>Research re: doc. request from MA WC | TIME<br><br>G:10480 | <br><br>3/10/2006 | LAW<br>Research<br>CARP FUND<br><br>Souza | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 41.25 |
| 3759<br>2/22/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10480 | <br><br>3/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 75.00 | 75.00 |
| 3758<br>2/22/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10480 | <br><br>3/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 20.00 | 20.00 |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 3760<br>2/22/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10480 | <br><br>3/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 75.00 | 75.00 |
| 3936<br>2/27/2006<br>Billed<br>Transcript Cost | EXP<br><br>G:10480 | <br><br>3/10/2006 | Souza<br>MBG<br>Transcript<br>CARP FUND | 1 | 304.50 | 304.50 |
| 3940<br>2/27/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10480 | <br><br>3/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 86.00 | 86.00 |
| 3966<br>3/1/2006<br>Billed<br>Telephone call from 3 sheriff's office re: subpoena; Review doc. from JG Edwards; Review pension | TIME<br><br>G:10510 | <br><br>4/10/2006 | LAW<br>TCF<br>CARP FUND<br>Souza | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 165.00 |
| 3977<br>3/3/2006<br>Billed<br>Telephone call to DA re: records request; Draft records request; Draft subpoena's | TIME<br><br>G:10510 | <br><br>4/10/2006 | LAW<br>TCT<br>CARP FUND<br>Souza | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 165.00 |
| 3947<br>3/6/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10510 | <br><br>4/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 86.00 | 86.00 |
| 4042<br>3/7/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10510 | <br><br>4/10/2006 | Souza<br>MBG<br>Constable Fee<br>CARP FUND | 1 | 116.00 | 116.00 |
| 4116<br>3/17/2006<br>Billed<br>Review BS's comp file and our file | TIME<br><br>G:10510 | <br><br>4/10/2006 | LAW<br>Review<br>CARP FUND | 0.75<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 123.75 |

9/26/2006
10:17 AM

Slip Listing



| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| | | | Souza | | | |
| 4071 | TIME | | MBG | 1.00 | 165.00 | 165.00 |
| 3/21/2006 | | | Court | 0.00 | C@1 | |
| Billed | G:10510 | 4/10/2006 | CARP FUND | 0.00 | | |
| Court Appearance at USDC for hearing | | | | 0.00 | | |
| | | | Souza | | | |
| 4157 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 3/31/2006 | | | Review | 0.00 | C@1 | |
| Billed | G:10510 | 4/10/2006 | CARP FUND | 0.00 | | |
| Review unemployment and WC records | | | | 0.00 | | |
| | | | Souza | | | |
| 4308 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 4/11/2006 | | | Review | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Review their motion/summary judgment | | | | 0.00 | | |
| | | | Souza | | | |
| 4313 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 4/11/2006 | | | Review | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Review their motion/summary judgment | | | | 0.00 | | |
| | | | Souza | | | |
| 4315 | TIME | | LAW | 3.00 | 165.00 | 495.00 |
| 4/12/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Draft obj. to motion/summary judgment | | | | 0.00 | | |
| | | | Souza | | | |
| 4316 | TIME | | LAW | 3.00 | 165.00 | 495.00 |
| 4/12/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Draft obj to motion/summary judgement | | | | 0.00 | | |
| | | | Souza | | | |
| 4321 | TIME | | LAW | 3.00 | 165.00 | 495.00 |
| 4/13/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Draft statement of disputed facts and obj. | | | | 0.00 | | |
| | | | Souza | | | |
| 4317 | TIME | | LAW | 2.50 | 165.00 | 412.50 |
| 4/13/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Research on Lexis re: Trustee discretion; Draft obj; Review plan and Trust Agreement | | | | 0.00 | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| | | | Souza | | | |
| 4319 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 4/13/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Research on Lexis re: Plan amendments | | | | 0.00 | | |
| | | | Souza | | | |
| 4322 | TIME | | LAW | 6.00 | 165.00 | 990.00 |
| 4/14/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Research on Lexis; Draft objection | | | | 0.00 | | |
| | | | Souza | | | |
| 4327 | TIME | | LAW | 5.50 | 165.00 | 907.50 |
| 4/17/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Draft brief; Draft SDF | | | | 0.00 | | |
| | | | Souza | | | |
| 4329 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 4/17/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Research on Lexis 1st Circuit cases re: standard of review | | | | 0.00 | | |
| | | | Souza | | | |
| 4331 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 4/18/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10539 | 5/11/2006 | CARP FUND | 0.00 | | |
| Draft obj. | | | | 0.00 | | |
| | | | Souza | | | |
| 4534 | TIME | | LAW | 1.00 | 165.00 | 165.00 |
| 5/12/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10569 | 6/12/2006 | CARP FUND | 0.00 | | |
| Draft obj. to summary judgement | | | | 0.00 | | |
| | | | Souza | | | |
| 4536 | TIME | | LAW | 2.00 | 165.00 | 330.00 |
| 5/15/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10569 | 6/12/2006 | CARP FUND | 0.00 | | |
| Research re: fraud and after acquired info | | | | 0.00 | | |
| | | | Souza | | | |
| 4541 | TIME | | LAW | 1.50 | 165.00 | 247.50 |
| 5/17/2006 | | | Revise | 0.00 | C@1 | |
| Billed | G:10569 | 6/12/2006 | CARP FUND | 0.00 | | |
| Revise memo/obj. sum. jud. | | | | 0.00 | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| | | | Souza | | | |
| 4545 | TIME | | LAW | 4.50 | 165.00 | 742.50 |
| 5/18/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10569 | 6/12/2006 | CARP FUND | 0.00 | | |
| Draft statement of undisputed facts; TCT Betty; Draft affidavit | | | | 0.00 | | |
| | | | Souza | | | |
| 4548 | TIME | | LAW | 3.00 | 165.00 | 495.00 |
| 5/19/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10569 | 6/12/2006 | CARP FUND | 0.00 | | |
| Draft/Revise memo/motion/exhibits | | | | 0.00 | | |
| | | | Souza | | | |
| 4661 | TIME | | LAW | 3.00 | 165.00 | 495.00 |
| 6/6/2006 | | | Review | 0.00 | C@1 | |
| Billed | G:10597 | 7/12/2006 | CARP FUND | 0.00 | | |
| Review their motion to strike and reply motion and research for our reply | | | | 0.00 | | |
| | | | Souza | | | |
| 4762 | TIME | | MBG | 1.75 | 165.00 | 288.75 |
| 6/14/2006 | | | Preparation | 0.00 | C@1 | |
| Billed | G:10597 | 7/12/2006 | CARP FUND | 0.00 | | |
| Preparation and argument for M/S/J; | | | | 0.00 | | |
| | | | Souza | | | |
| 4732 | TIME | | LAW | 2.00 | 165.00 | 330.00 |
| 6/14/2006 | | | Court | 0.00 | C@1 | |
| Billed | G:10597 | 7/12/2006 | CARP FUND | 0.00 | | |
| Court Appearance for motion for summaty judgment | | | | 0.00 | | |
| | | | Souza | | | |
| 4735 | TIME | | LAW | 2.00 | 165.00 | 330.00 |
| 6/15/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10597 | 7/12/2006 | CARP FUND | 0.00 | | |
| Research - use of evidence outside adm. record | | | | 0.00 | | |
| | | | Souza | | | |
| 4737 | TIME | | LAW | 1.00 | 165.00 | 165.00 |
| 6/16/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10597 | 7/12/2006 | CARP FUND | 0.00 | | |
| Research re: contesting credibility; Revise objection | | | | 0.00 | | |
| | | | Souza | | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 4736 | TIME | | LAW | 3.00 | 165.00 | 495.00 |
| 6/16/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10597 | 7/12/2006 | CARP FUND | 0.00 | | |
| Research re: contesting standing; Draft objection to motion to strike | | | | 0.00 | | |
| | | | Souza | | | |
| 5009 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 7/14/2006 | | | Review | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Review R&R - research re: award of atty. fees | | | | 0.00 | | |
| | | | Souza | | | |
| 5011 | TIME | | LAW | 1.00 | 165.00 | 165.00 |
| 7/17/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Draft obj. to R&R | | | | 0.00 | | |
| | | | Souza | | | |
| 5014 | TIME | | LAW | 2.00 | 165.00 | 330.00 |
| 7/18/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Research on Lexis re: Article III standing; Draft objection | | | | 0.00 | | |
| | | | Souza | | | |
| 5012 | TIME | | LAW | 1.50 | 165.00 | 247.50 |
| 7/18/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Draft obj. to R & R | | | | 0.00 | | |
| | | | Souza | | | |
| 5017 | TIME | | LAW | 3.50 | 165.00 | 577.50 |
| 7/19/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Draft objection; Lexis and LCC research | | | | 0.00 | | |
| | | | Souza | | | |
| 5019 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 7/19/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Draft transcript request | | | | 0.00 | | |
| | | | Souza | | | |
| 5029 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 7/21/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Research - decisions - what is "medical | | | | 0.00 | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| evidence" | | | Souza | | | |
| 5027 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 7/21/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Draft letter to DP re: our appeal | | | | 0.00 | | |
| | | | Souza | | | |
| 5034 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 7/24/2006 | | | Revise | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Revise obj. | | | | 0.00 | | |
| | | | Souza | | | |
| 5045 | TIME | | LAW | 3.00 | 165.00 | 495.00 |
| 7/26/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10629 | 8/7/2006 | CARP FUND | 0.00 | | |
| Draft obj. to R&R | | | | 0.00 | | |
| | | | Souza | | | |
| | | | Souza | | | |
| 5180 | EXP | | MBG | 1 | 184.80 | 184.80 |
| 8/10/2006 | | | Transcript | | | |
| Billed | G:10666 | 9/13/2006 | CARP FUND | | | |
| Transcript Cost | | | | | | |
| 5207 | TIME | | LAW | 0.50 | 165.00 | 82.50 |
| 8/11/2006 | | | Review | 0.00 | C@1 | |
| Billed | G:10666 | 9/13/2006 | CARP FUND | 0.00 | | |
| Review their response to our obj to R & R | | | | 0.00 | | |
| | | | Souza | | | |
| 5298 | TIME | | LAW | 2.00 | 165.00 | 330.00 |
| 8/29/2006 | | | Preparation | 0.00 | C@1 | |
| Billed | G:10666 | 9/13/2006 | CARP FUND | 0.00 | | |
| Preparation for summary judgment hearing | | | | 0.00 | | |
| | | | Souza | | | |
| 5300 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 8/30/2006 | | | Court | 0.00 | C@1 | |
| Billed | G:10666 | 9/13/2006 | CARP FUND | 0.00 | | |
| Court Appearance for motion for summary judgement hearing | | | | 0.00 | | |
| | | | Souza | | | |
| 5304 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 8/31/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10666 | 9/13/2006 | CARP FUND | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Draft letter to DP | | <br>Souza | 0.00 | | |
| 5329<br>9/8/2006<br>WIP<br>Research re: evidence required under SSA to prove disability; Disability questionairre for particiapnt and Dr. | TIME | LAW<br>Research<br>CARP FUND<br><br>Souza | 2.00<br>0.00<br>0.00<br>0.00 | 165.00<br>C@1 | 330.00 |
| Grand Total | | | | | |
| | | Billable | 120.25 | | 21005.55 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 120.25 | | 21005.55 |