# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff*, | : | |
| v. | : | C.A. No. 05-186S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant*. | : | |

**AFFIDAVIT OF MARC B. GURSKY**

I, Marc B. Gursky, being first duly sworn, depose and state as follows:

1. I, Marc Gursky, am the principal attorney in the law firm of Gursky Law Associates, located at 420 Scrabbletown Rd., North Kingstown, Rhode Island, and counsel of record for the Defendant in the above-captioned matter.

2. Gursky Law Associates' practice is concentrated in the areas of labor and employment, including workers' compensation, pension rights, labor law and employment discrimination.

3. I was admitted to the Bar of the Supreme Court of the State of Rhode Island on December 2, 1982, to the United States District Court for the District of Rhode Island on March 8, 1983, to the United States Court of Appeals for the First Circuit on December 4, 1984 and to the United States Court of Appeals for the District of Columbia Circuit on March 7, 1991. I graduated from Boston University College of Liberal Arts in May, 1979 and Boston University School of Law in May, 1982.

4. The usual and customary attorney's fee charged by our office is between $165.00 and $210 per hour. Defendant was billed at a rate of $165 per hour in accordance with a fee agreement.

5. I have reviewed the billing records in this case, attached hereto as Exhibit A. The services and time expended accurately reflect the firm's activity in connection with this litigation since May, 2005, when the firm was notified by Defendant of this lawsuit.

6. I have also reviewed the expenses recorded in the attached billing records. The expenses recorded were actually and necessarily incurred and paid by Gursky Law Associates and are subject to reimbursement from the Rhode Island Carpenters Pension Plan.

7. In representing Defendant in the above matter, a total of $21,005.55 was expended in legal fees and costs. The attorneys' fees and costs are an accurate, proper and reasonable total fee for this matter.

I, Marc B. Gursky, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

____________________________
Marc B. Gursky

Subscribed and sworn to before me, by Elizabeth Wiens, this 10th day of ~~September,~~ Oct. 2006.

Kathleen Sullivan
Notary Public
My commission expires on: 4/25/09