# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff,* | : | |
| v. | : | C.A. No. 05-186S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant.* | : | |

**AFFIDAVIT OF THOMAS LANDRY**

I, Thomas Landry, being first duly sworn, depose and state as follows:

1. I, Thomas Landry, am an attorney licensed to practice law in Rhode Island. I was admitted to the Bar of the Supreme Court of the State of Rhode Island on November 4, 1999, to the United States District Court for the District of Rhode Island in the year 2000 and to the United States Court of Appeals for the First Circuit on September 17, 2003.

2. I am currently employed as an assistant executive director with the National Education Association of Rhode Island. I was formerly employed as an associate attorney at Gursky Law Associates. My primary practice area was ERISA law.

3. I do not have an interest in the outcome of this litigation.

4. I am experienced in handling cases similar to this one and am familiar with the usual and customary charges by attorneys in the community who have experience comparable to Defendant's attorneys.

5. In my opinion, the rate charged by Defendant's attorneys of $165.00 per hour is reasonable given the experience of the attorneys, the nature of the litigation and the services rendered.

I, Thomas Landry, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Thomas Landry

Subscribed and sworn to before me, by Thomas Landry, this 10th day of ~~September,~~ Oct. 2006.

Kathleen Sullivan
Notary Public
My commission expires on: 4/25/09