**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA,<br>*Plaintiff,* | : | |
| v. | : | C.A. No. 05-186S |
| RHODE ISLAND CARPENTERS PENSION PLAN,<br>*Defendant.* | : | |

**RHODE ISLAND CARPENTERS PENSION PLAN'S NOTICE OF APPEAL AND REQUEST FOR EXTENSION OF TIME TO SUBMIT A SUPPLEMENTARY MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 72(a) and Local Rule 72(c), notice is hereby given that Defendant Rhode Island Carpenters Pension Plan ("Fund") hereby appeals to the United States District Court for the District of Rhode Island from Magistrate Judge Lincoln Almond's decision entered in this action on December 8, 2006, ordering that Plaintiff's Motion for Attorneys' Fees be granted and Defendant's Cross-Motion for Attorneys' Fees be denied. As basis for its appeal, the Fund states as follows:

(1) The Magistrate Judge's determination that Plaintiff was the prevailing party is premature;

(2) The Magistrate Judge's determination that Plaintiff was the prevailing party is clearly erroneous and/or contrary to law;

(3) The Magistrate Judge's determination that the attorneys' fees sought by Plaintiff were reasonable and necessary is clearly erroneous and/or contrary to law;

(4) The Magistrate's determination that the facts support an award of attorneys' fees in favor of Plaintiff is clearly erroneous and/or contrary to law; and

(5) The Magistrate's determination that the facts do not support an award of attorneys' fees in favor of Defendant is clearly erroneous and/or contrary to law.

Based on the foregoing, the Fund respectfully request that the Magistrate Judge's Order be set aside pursuant to Fed. R. Civ. P. 72(a) and Local Rule 72(c).

Attached hereto is a copy of Defendant's Objection to Plaintiff's Motion for Attorneys' Fees, originally filed on or about October 10, 2006. Defendant has requested a copy of the transcript of the proceedings before Magistrate Judge Almond, pursuant to Local Rule 72(c)(2), and respectfully request permission to submit a supplementary memorandum in support of the above-stated objections when it receives the transcript, but not more than ten (10) days after the filing of this Notice of Appeal.

Rhode Island Carpenters
Pension Fund
By their attorneys,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Objection on December 19, 2006. The Objection is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Catherine A. Shaghalian
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ Elizabeth Wiens