UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | |
| v. | ) | C.A. No. 05-186/S |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT RHODE ISLAND CARPENTERS PENSION PLAN'S NOTICE OF APPEAL**

Plaintiff Barry Souza hereby responds to defendant Rhode Island Carpenters' Pension Plan's notice of appeal of Magistrate Judge Lincoln Almond's decision granting plaintiff's motion for attorney's fees and denying defendant's cross motion for attorney's fees. Magistrate Judge Almond's decision should be affirmed because it is neither clearly erroneous nor contrary to law.

Plaintiff requests permission to submit a memorandum of law in support of his response within 10 days after he is served with defendant's memorandum law in support of its appeal.

/s/ Catherine A. Shaghalian .
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: December 27, 2006

# CERTIFICATE OF SERVICE

TO:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Plaintiff's Response to Defendant Rhode Island Carpenters Pension Plan's Notice of Appeal on December 27, 2006. The Response is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/ Catherine A. Shaghalian