**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA,<br>*Plaintiff*,<br><br>v.<br><br>RHODE ISLAND CARPENTERS<br>PENSION PLAN,<br>*Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-186S |

**MOTION TO EXTEND TIME TO FILE MEMORANDUM IN SUPPORT OF DEFENDANT'S NOTICE OF APPEAL**

Defendant hereby requests an extension of time to file its Memorandum in Support of its Notice of Appeal. Defendant requests that the Court extend the deadline to seven days after Defendant receives the transcript in the above-entitled matter. Defendant requested an expedited transcript on December 8, 2006 but has not, as of today, received said transcript.

Rhode Island Carpenters
Pension Fund
By their attorneys,

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Objection on December 28, 2006. The Objection is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Catherine A. Shaghalian
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ Elizabeth Wiens