UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA,<br>Plaintiff<br><br>v.<br><br>RHODE ISLAND CARPENTERS'<br>PENSION PLAN,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-0186/S |

**PLAINTIFF'S MOTION TO HOLD DEFENDANT**
**IN CONTEMPT AND FOR A SUPPLMENTAL FEE AWARD**

Plaintiff Barry Souza moves to hold defendant Rhode Island Carpenters Pension Plan in contempt for failing to obey a court order and for a supplemental fee award. Plaintiff files herewith a supporting memorandum of law and the affidavits of Brooks Magratten, Catherine Shaghalian and J. Scott Kilpatrick.

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq. #6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: April 19, 2007

CERTIFICATE OF SERVICE

TO:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Plaintiff's Motion To Hold Defendant In Contempt And For a Supplemental Fee Award on April 19, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/ Brooks R. Magratten

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | |
| v. | ) | C.A. No. 05-0186/S |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION TO HOLD DEFENDANT**
**IN CONTEMPT AND FOR A SUPPLMENTAL FEE AWARD**

In this ERISA benefits matter, plaintiff sues pursuant to 29 U.S.C. §1132(a)(1)(B) for disability pension benefits under an employee welfare plan.

On April 5, 2006 plaintiff moved for summary judgment, arguing that defendant's decision to deny plaintiff benefits was based on an improper and ineffective amendment to the Plan. Magistrate Judge Almond on July 13, 2006 issued a report and recommendation that plaintiff's motion be granted. This Court, on August 30, 2006 adopted the report and recommendation and on September 7, 2006 entered judgment in favor of plaintiff.

On December 8, 2006 this Court (Almond, M.J.) granted plaintiff's motion for an award of fees in the amount of $43,150.25 and costs of $2,289.85 and ordered the defendant to pay the same within 60 days. Defendant appealed pursuant to F.R.C.P. 72(a). This Court (Smith, J.) affirmed the award at a hearing held on February 15, 2007 and the following day entered the order appended hereto as Exhibit A. The

Court at the February 15th hearing directed defendant to pay the fee award within 60 days.

Defendant's payment was due on or before April 17, 2007. Defendant has failed to make payment. "Federal courts are empowered to issue civil contempt sanctions to 'protect [] the due and orderly administration of justice and...maintain[] the authority and dignity of the court'." Goya Foods, Inc. v. Wallack Management Co., 290 F.3d 63, 78 (1st Cir. 2002) (quoting Roadway Express, Inc. v. Piper, 447 U.S. 752 (1980)). An award of attorney's fees and costs is a "commonplace sanction for civil contempt." Id.

The supplemental fee award is also warranted under 29 U.S.C. §1132(g)(1). The same factors that compelled the initial fee award now compel a supplemental award. Plaintiff has had to defend his fee award on appeal and now must move again to collect the award.

As a sanction for defendant's violation of the Court's order plaintiff now requests:

a) an order directing defendant to pay the $45,440.10 fee and cost award within ten days;

b) a supplemental fee award of $12,811.04 to cover plaintiff's legal fees and expenses from the last fee award to the present; and

c) a $200 per diem penalty calculated from April 17, 2007 until all amounts due plaintiff are paid.

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq. #6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: April 19, 2007

CERTIFICATE OF SERVICE

TO:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Memorandum in Support of Plaintiff's Motion To Hold Defendant In Contempt And For a Supplemental Fee Award on April 19, 2007. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/ Brooks R. Magratten