# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Barry M. Souza
Plaintiff

VS. CA05-186S

Rhode Island Carpenters Pension Plan
Defendant

**ORDER**

This matter came before the Court on February 15, 2007 on Defendant's Appeal to Magistrate Judge Almond's Memorandum and Order dated December 8, 2006. After hearing and consideration, it is hereby:

**ORDERED**

The Defendant's Appeal to Magistrate Judge Almond's Memorandum and Order dated December 8, 2006 is DENIED and Plaintiff's Motion for Attorneys' Fees is GRANTED and Defendant's Cross Motion for Attorneys' Fees is DENIED.

BY ORDER:

[signature]
DEPUTY CLERK

ENTER:

[signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 2/16/07