UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | |
| | ) | C.A. No. 05-186/S |
| v. | ) | |
| | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**AFFIDAVIT OF BROOKS R. MAGRATTEN**

Brooks R. Magratten, being sworn on oath, deposes and states:

1. I am a partner in the law firm of Vetter & White, 20 Washington Place, Providence, Rhode Island. I am frequently involved in ERISA litigation matters.

2. In accordance with firm procedure, firm attorneys prepare contemporaneous records of legal services for each of the firm's clients, in the form of daily time sheets which are entered into the firm's computer on an ongoing basis, then compiled and totaled each month on a computer-generated Statement.

3. I have reviewed the monthly computer compilations of time sheet entries relating to the firm's representation of Barry Souza in this action. The services and time expended accurately reflect the firm's activity in connection with this litigation from September 14, 2006 to April 17, 2007.

4. I also reviewed the expenses recorded on the attached statement. The expenses recorded were actually and necessarily incurred and paid by Vetter & White, and are subject to reimbursement from Mr. Souza.

5. Vetter & White's attorneys' fees in this matter for the time period in question total $11,647.00 plus $1,164.04 in expenses. This is an accurate, proper and reasonable total fee for this matter given the complexity of issues and the contested nature of the proceedings, pleading and motion practice. The rates charged for each time-keeper are reasonable given their experience.

6. The hourly fees charged in this case, $230 for a partner and $160 for an associate attorney, are the firm's standard billing rates and are customarily charged in complex ERISA litigation to non-institutional clients.

7. If the firm is unable to recover its fees pursuant to 29 U.S.C. § 1132(g), then Mr. Souza is responsible for paying one third of any benefits awarded or paid plus reimbursement of expenses.

Brooks R. Magratten

Subscribed and sworn to before me on
this 19th day of April, 2007.

NOTARY PUBLIC
My Commission Expires: 7/30/09

CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Affidavit of Brooks R. Magratten on April 19, 2007. The Affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Catherine A. Shaghalian