UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | C.A. No. 05-186/S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

## AFFIDAVIT OF CATHERINE A. SHAGHALIAN

Catherine A. Shaghalian, being sworn on oath, deposes and states:

1. I am an associate in the law firm of Vetter & White, 20 Washington Place, Providence, Rhode Island. I have practiced law since 2003 working on insurance coverage, business and ERISA litigation matters.

2. In accordance with firm procedure, firm attorneys prepare contemporaneous records of legal services for each of the firm's clients, in the form of daily time sheets which are entered into the firm's computer on an ongoing basis, then compiled and totaled each month on a computer-generated Statement.

3. I have reviewed the monthly computer compilations of time sheet entries relating to the firm's representation of Barry Souza in this action. Exhibit 1. The services and time expended accurately reflect the firm's activity in connection with this litigation from September 14, 2006 through April 17, 2007.

4. I also reviewed the expenses recorded on the attached statement. The expenses recorded were actually and necessarily incurred and paid by Vetter & White, and are subject to reimbursement from Mr. Souza.

5. Vetter & White's attorneys' fees in this matter for the specified time period total $11,647.00 plus $1,164.04 in expenses. This is an accurate, proper and reasonable total fee for this matter given the complexity of issues and the contested nature of the proceedings, pleading and motion practice. The rates charged for each time-keeper are reasonable given their experience.

6. The hourly fees charged in this case, $230 for a partner and $160 for an associate attorney, are the firm's standard billing rates and are customarily charged in complex ERISA litigation to non-institutional clients.

7. If the firm is unable to recover its fees pursuant to 29 U.S.C. § 1132(g), then Mr. Souza is responsible for paying one third of any benefits awarded or paid plus reimbursement of expenses.

Catherine A. Shaghalian

Subscribed and sworn to before me
on this 19th day of April, 2007.

NOTARY PUBLIC
My Commission Expires: 7-30-09

CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Affidavit of Catherine A. Shaghalian on April 19, 2007. The Affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Catherine A. Shaghalian

# EXHIBIT 1

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

I.D. # 05-0391104

Mr. Barry Souza
40 Roberts Street
Westport MA 02790

April 18, 2007
1011-3325

Statement #: 16898
Re: R.I. Carpenters Pension Plan
Services through April 17, 2007

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/14/2006 | CAS | Review/finalize documents to be reviewed by S. Kilpatrick | 0.50 | 80.00 |
| 9/19/2006 | CAS | T/t S. Kilpatrick re fee application | 0.10 | 16.00 |
| 9/20/2006 | CAS | T/t , t/f S. Kilpatrick re affidavit, c/w BRM re same | 0.30 | 48.00 |
| 9/21/2006 | CAS | Review, finalize and file motion for attys fees | 2.00 | 320.00 |
| | BRM | T/c/w Kilpatrick re fee petition | 0.20 | 46.00 |
| 10/5/2006 | CAS | Review medicals, t/c/t Mrs. Souza re questions about medicals | 1.00 | 160.00 |
| | CAS | Review medicals, t/t Mrs. Souza re questions about medicals | 1.00 | 160.00 |
| 10/10/2006 | BRM | Attn Fund's objection to fee petition; c/w CAS re same | 0.60 | 138.00 |
| | CAS | Attn to def's objection/cross motion for attys fees; c/w BRM re same | 1.10 | 176.00 |
| 10/11/2006 | CAS | Review objection/mot attys fees, research awards of attys fees in ERISA cases | 2.00 | 320.00 |
| 10/12/2006 | CAS | Attn issues re motion for attorney's fees; draft reply/objection | 2.60 | 416.00 |

VETTER & WHITE
*Attorneys at Law*

Mr. Barry Souza 

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/16/2006 | CAS | Draft reply memo to plan's objection to plf's mot for attys fees and cross motion for attys fees | 2.70 | 432.00 |
| 10/17/2006 | CAS | Draft reply to def's obj fee petition, obj to def's motion for attys fees | 3.50 | 560.00 |
| 10/19/2006 | CAS | Reply memo | 4.50 | 720.00 |
| 10/23/2006 | CAS | Review/finalize response | 4.00 | 640.00 |
| 10/24/2006 | BRM | C/w CAS re: reply memo, hrg on m/fees | 0.20 | 46.00 |
| | CAS | Review/revise draft reply/objection to def's objection/cross motion for attys fees | 4.00 | 640.00 |
| 10/25/2006 | CAS | Review/revise and finalize reply memo and objection; file same | 1.50 | 240.00 |
| 12/5/2006 | CAS | Attn to letter from health care provider; arrange for fee payment for record production | 0.20 | 32.00 |
| 12/7/2006 | BRM | Review case status, next steps | 0.30 | 69.00 |
| 12/8/2006 | CAS | Attn to memorandum and order from J. Almond; conf w/BRM re same | 1.00 | 160.00 |
| | BRM | Attn memo and order re attys fees; c/w CAS re same; e-mail Kilpatrick re same | 0.50 | 115.00 |
| 12/14/2006 | BRM | Attn JSK statement, remit same | 0.20 | 46.00 |
| 12/20/2006 | BRM | Attn obj to MJ Almond's fee award; c/w CAS re next steps | 0.30 | 69.00 |
| 12/21/2006 | CAS | T/f Mrs. Souza re case status; t/t health care provider re follow up on medical records | 0.20 | 32.00 |
| 12/22/2006 | CAS | Draft response to def's notice of appeal; follow up with health care provider re medical records request | 0.30 | 48.00 |
| 12/26/2006 | CAS | Review/finalize response to deft's notice of appeal; t/t health care provider following up on records request | 0.50 | 80.00 |
| 12/27/2006 | CAS | T/t clerk to have BRM added to service list | 0.20 | 32.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/2/2007 | BRM | Attn Ct's order re Fund's m/extension to file brief; review case status | 0.20 | 46.00 |
| 1/4/2007 | CAS | review med. records from health care provider; t/c/t E. Wiens re contact at RI Carp. Pension Plan; draft lt to RI Carp. Pension Plan; t/c/t Souzas re same; attn to email from Ct. reporter re copy of memo; email to Ct. reporter re same | 1.20 | 192.00 |
| 1/15/2007 | BRM | Attn memo in support of fund appeal; c/w CAS re: same | 0.40 | 92.00 |
| | CAS | Attn pltf's supp memo re notice of appeal; c/w BRM re same; begin draft response to same | 2.00 | 320.00 |
| 1/16/2007 | CAS | Draft response in opp to deft's notice of appeal | 2.60 | 416.00 |
| 1/17/2007 | CAS | Draft response in opp to deft's notice of appeal | 3.20 | 512.00 |
| 1/18/2007 | CAS | Draft supp memo in response to deft's notice of appeal | 2.50 | 400.00 |
| 1/19/2007 | BRM | Attn response to Fund's obj to MJ's ruling on fee petition; t/c/w CAS re: same | 0.50 | 115.00 |
| | CAS | Review/revise supp memo in support opp. to notice of appeal; email BRM re same, edit same | 2.60 | 416.00 |
| 1/22/2007 | CAS | Revise, finalize support response in oppostion to notice of appeal; file same | 1.00 | 160.00 |
| 1/23/2007 | BRM | Attn filed brief re response to Fund's objection; attn notice of hearing | 0.40 | 92.00 |
| 2/12/2007 | CAS | Review file, prep for attys fee hearing; review transcript of attys fee hearing; t/f Mrs. Souza re case status | 1.60 | 256.00 |
| 2/13/2007 | BRM | C/w CAS re: 2/15 hearing; status of disability claim | 0.30 | 69.00 |
| 2/14/2007 | CAS | Prep for hearing re attys fees appeal | 2.50 | 400.00 |
| 2/15/2007 | BRM | C's/w CAS re hearing on fee award | 0.30 | 69.00 |
| | CAS | Prep for hearing re appeal of award of attys fees; attend same; e-mail BRM re result; t/t client re result | 4.50 | 720.00 |
| 2/16/2007 | BRM | E-mails from/to CAS re: fee agreement | 0.20 | 46.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/13/2007 | CAS | Attn medical records, chronology; meet with Souzas' re employee statement, attending physician statement; draft employee statement | 2.00 | 320.00 |
| 3/14/2007 | CAS | Attn employee statement and attending physician statement | 0.70 | 112.00 |
| 3/15/2007 | CAS | Call client re physical therapy records; prep carpenter statement | 1.60 | 256.00 |
| | BRM | C/w CAS re status of disability claim | 0.25 | 57.50 |
| 3/16/2007 | CAS | T/f client re physical therapy records; draft employee statement | 0.30 | 48.00 |
| 4/2/2007 | BRM | C/w CAS re l/t Fund re payment of fees | 0.25 | 57.50 |
| | CAS | Review employee statement, APS draft l/t Pension Fund; t/f client re same; c/w BRM re payment of attys fees by Fund | 0.80 | 128.00 |
| 4/3/2007 | CAS | Draft l/t pltf's counsel re payment of attys fees | 0.30 | 48.00 |
| 4/13/2007 | BRM | Attn RI Carp Fund compliance with order re: fees, attn status of Souza claim for benefits | 0.30 | 69.00 |
| 4/16/2007 | CAS | L/t Fund re status of benefit claim review | 0.30 | 48.00 |
| 4/17/2007 | CAS | Attn fee payment memo from BRM re same; attn prosecution of disability claim | 1.70 | 272.00 |
| | BRM | Attn status of Fund's compliance with court order, next steps | 0.30 | 69.00 |
| | | | 70.30 | **$11,647.00** |

Additional charges:

| | |
|---|---|
| E101 Copying | 216.86 |
| E106 On-Line Research | 397.75 |
| E108 Postage | 14.49 |
| E115 Deposition Transcript | 14.94 |
| E123 Other Professionals (J. Scott Kilpatrick expert fee) | 500.00 |
| Medical Records | 20.00 |
| **Total costs** | **$1,164.04** |
| **Total amount of this bill** | **$12,811.04** |

VETTER & WHITE
*Attorneys at Law*

Mr. Barry Souza



Attorney Summary

| Name | Hours | Amount |
| --- | --- | --- |
| Brooks R. Magratten (Partner) | 5.70 | $1,311.00 |
| Catherine A. Shaghalian (Associate) | 64.60 | $10,336.00 |