UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | |
| | ) | C.A. No. 05-186/S |
| v. | ) | |
| | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**AFFIDAVIT OF J. SCOTT KILPATRICK**

I, J. Scott Kilpatrick, of Providence, Rhode Island, on oath depose and say as follows:

1. I am an attorney licensed to practice law in Rhode Island. I was admitted to practice in Rhode Island in 1988. I was admitted to the bar of this Court in 1998.

2. I am a partner in the law firm of Chisholm, Chisholm & Kilpatrick LLP. My principal practice area is litigation, including ERISA litigation.

3. I am not related to – and do not know — any of the individual parties to this action and have not represented the Rhode Island Carpenters' Pension Plan.

4. I have reviewed the pleadings, orders and dockets in this case.

5. I have reviewed the motion of Barry Souza to hold the Plan in contempt and for attorney's fees and costs together with the supporting Memorandum and Affidavits of Catherine A. Shaghalian, Esq. and Brooks R. Magratten, Esq.

6. I have reviewed the time and services rendered by the attorneys for Barry Souza in this case.

7. I am generally familiar with rates charged for litigation services in Rhode Island and elsewhere for business litigation.

8. In my opinion, the following rates charged by the attorneys in this litigation are reasonable given the experience of the attorneys and the nature of the litigation and the services rendered:

   a. Vetter &White

      i. Brooks R. Magratten — Partner - $ 230

      ii. Catherine A. Shaghalian – Associate - $ 160

9. In my opinion, the legal time spent on this action was reasonable given the complexity of issues and the contested nature of the proceedings, pleading and motion practice. Since the plaintiff's last fee petition, plaintiff has had to prosecute his motion for fees before Magistrate Judge Almond, defend an appeal before Judge Smith, and prosecute his claim for disability benefits at the administrative level. In my opinion the fees and costs charged in this matter are reasonable.

J. Scott Kilpatrick

Subscribed and sworn to before
me on this 19th day of April, 2007.

NOTARY PUBLIC

CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Affidavit of J. Scott Kilpatrick on April , 2007. The Affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/ Catherine A. Shaghalian