# EXHIBIT A

**R.I. Carpenters Benefit Funds**
14 Jefferson Park Road
Warwick, R.I. 02888
5

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 00.39⁰
0002421312 APR 23 2007
MAILED FROM ZIP CODE 02888