UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | |
| v. | ) | C.A. No. 05-186/S |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**AFFIDAVIT OF BROOKS R. MAGRATTEN**

Brooks R. Magratten, being sworn on oath, deposes and states:

1. I am a partner in the law firm of Vetter & White, 20 Washington Place, Providence, Rhode Island. I am frequently involved in ERISA litigation matters.

2. In accordance with firm procedure, firm attorneys prepare contemporaneous records of legal services for each of the firm's clients, in the form of daily time sheets which are entered into the firm's computer on an ongoing basis, then compiled and totaled each month on a computer-generated statement.

3. I have reviewed the monthly computer compilations of time sheet entries relating to the firm's representation of Barry Souza in this action. Exhibit 1. The services and time expended accurately reflect the firm's activity in preparing plaintiff's motion to hold defendant Rhode Island Carpenters' Pension Plan in contempt.

4. I also reviewed the expenses recorded on the attached statement. The expenses recorded were actually and necessarily incurred and paid in preparation of the motion by Vetter & White, and are subject to reimbursement from Mr. Souza.

5. Vetter & White's attorneys' fees and costs for the motion to hold defendant Rhode Island Carpenters' Pension Plan in contempt total $4,039.40. This is an accurate, proper

and reasonable total fee for this matter given the issues involved and the contested nature of the proceedings, pleading and motion practice. The rates charged for each time-keeper are reasonable given their experience. The fees and costs reduced by 50% pursuant to the Court's May 22, 2007 order total $2,019.70.

6. The hourly fees charged in this case, $230 for a partner and $160 for an associate attorney, are the firm's standard billing rates and are customarily charged in complex ERISA litigation to non-institutional clients.

7. Mr. Souza is responsible for paying one third of any benefits awarded or paid plus reimbursement of expenses.

[signature]
Brooks R. Magratten

Subscribed and sworn to before me
this 23rd day of May, 2007.

[signature], Notary Public
My commission expires: 7-30-09

CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I served on the above-named counsel of record a copy of the within Affidavit by mailing first class mail, postage prepaid, on the 24th day of May, 2007.

Lisa A. Lariviere

# EXHIBIT 1

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

I.D. # 05-0391104

Mr. Barry Souza
40 Roberts Street
Westport MA 02790

May 23, 2007
1011-3325

Statement #: 16951
Re: R.I. Carpenters Pension Plan
Services through May 22, 2007

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/18/2007 | BRM | Draft m/ hold fund in contempt and for fees | 1.75 | 402.50 |
| 4/19/2007 | BRM | c/w JSK re: affidavit; finalize and file m/hold fund in contempt | 0.80 | 184.00 |
| | CAS | Attn motion to hold Fund in contempt and memo in support; t/f client re Fund's non-payment of fees, next steps | 0.80 | 128.00 |
| 4/24/2007 | CAS | Attn fee payment by Fund; c/w BRM re pursuing motion to hold Fund in contempt; t/t client re same; draft l/t Fund re deemed denial of claim | 0.80 | 128.00 |
| | BRM | Attn payment of fee award | 0.20 | 46.00 |
| 5/3/2007 | CAS | Attn def's objection to motion to hold def in contempt; c/w BRM re same; memo from BRM re t/c/w J. Smith clerk; attn notice of hearing, t/t clients re status | 0.90 | 144.00 |
| | BRM | attn obj to m/hold in contempt; t/f ct clerk re: hearing | 0.50 | 115.00 |
| 5/8/2007 | CAS | Attn to issue of time limit for compliance purposes; begin draft reply memo | 2.00 | 320.00 |
| 5/9/2007 | CAS | Draft reply in support motion to adjudge plan in contempt | 2.50 | 400.00 |
| 5/10/2007 | CAS | Draft reply memo in support motion to hold Fund in contempt | 1.10 | 176.00 |
| | TC | Attn to cases cited in deft's objection to motion for contempt | 2.25 | 360.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/11/2007 | CAS | Draft reply memo in support motion to adjudge plan in contempt | 3.20 | 512.00 |
| 5/14/2007 | CAS | Draft reply memo in support of motion to hold Plan in contempt; review and finalize for filing | 2.70 | 432.00 |
| | BRM | Edit, revise reply memo re: m/hold fund in contempt | 0.40 | 92.00 |
| | | | 19.90 | **$3,439.50** |

Additional charges:

| | |
|---|---|
| E106 On-Line Research | 292.54 |
| E108 Postage | 4.56 |
| E116 Trial transcript | 52.80 |
| E123 Other Professionals (Kilpatrick fee statement) | 250.00 |
| **Total costs** | **$599.90** |
| **Total amount of this bill** | **$4,039.40** |
| Reduced by 50% pursuant to court's May 22, 2007 order. | $2,019.70 |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 3.65 | $839.50 |
| Catherine A. Shaghalian (Associate) | 14.00 | $2,240.00 |
| Thomas Connolly (Associate) | 2.25 | $360.00 |

CHISHOLM CHISHOLM & KILPATRICK LLP
ATTORNEYS AT LAW

ROBERT V. CHISHOLM*
J. SCOTT KILPATRICK
ARAM P. JARRET III**

VINCENT J. CHISHOLM
OF COUNSEL

April 19, 2007

Mr. Brooks Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Souza / RI Carp Fund

RE: Barry M. Souza
VS: Rhode Island Carpenters' Pension Plan

**Professional Services Rendered**

In Full for the above $250.00

Very truly yours,

J. Scott Kilpatrick

JSK/cal

ONE TURKS HEAD PLACE SUITE 1313 PROVIDENCE RHODE ISLAND 02903
RCHISHOLM@CCK-LAW.COM JSKILPATRICK@CCK-LAW.COM JJARRET@CCK-LAW.COM
TELE. 401.331.6300 1.800.544.9144 FAX. 401.421.3185
WWW.CCK-LAW.COM

*ALSO ADMITTED IN MASSACHUSETTS AND NEW YORK **ALSO ADMITTED IN MASSACHUSETTS