UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, Plaintiff | ) | |
| | ) | C.A. No. 05-186/S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**AFFIDAVIT OF J. SCOTT KILPATRICK**

I, J. Scott Kilpatrick, of Providence, Rhode Island, on oath depose and say as follows:

1. I am an attorney licensed to practice law in Rhode Island. I was admitted to practice in Rhode Island in 1988. I was admitted to the bar of this Court in 1998.

2. I am a partner in the law firm of Chisholm, Chisholm & Kilpatrick LLP. My principal practice area is litigation, including ERISA litigation.

3. I am not related to – and do not know – any of the individual parties to this action and have not represented the Rhode Island Carpenters' Pension Plan.

4. I have reviewed the pleadings, orders and dockets in this case.

5. I have reviewed the motion of Barry Souza to hold the Plan in contempt together with the supporting memorandum and Affidavits of Catherine A. Shaghalian, Esq. and Brooks R. Magratten, Esq.

6. I have reviewed the time and services rendered by the attorneys for Barry Souza in preparing this motion.

7. I am generally familiar with rates charged for litigation services in Rhode Island and elsewhere for business litigation.

8. In my opinion, the following rates charged by the attorneys in this litigation are reasonable given the experience of the attorneys and the nature of the litigation and the services rendered:

a. Vetter &White

i. Brooks R. Magratten — Partner - $ 230

ii. Catherine A. Shaghalian – Associate - $ 160

iii. Thomas Connolly — Associate - $160

9. In my opinion, the legal time spent on this motion was reasonable given the issues involved and the contested nature of the proceedings, pleading and motion practice. In my opinion the fees and costs charged in this matter are reasonable.

J. Scott Kilpatrick

Subscribed and sworn to before me
this 24th day of May, 2007.

, Notary Public

CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I served on the above-named counsel of record a copy of the within Affidavit by mailing first class mail, postage prepaid, on the 24th day of May, 2007.

[signature]