UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARRY M. SOUZA,

Plaintiff,

v.

RHODE ISLAND CARPENTERS' PENSION PLAN,

Defendant.

C.A. No. 05-186 S

ORDER

William E. Smith, United States District Judge.

The matter before the Court is Plaintiff Barry Souza's Motion to Hold Defendant in Contempt and for a Supplemental Fee Award. For the reasons set forth at the hearing on May 22, 2007, Plaintiff's request for attorneys' fees is granted at the discounted rate of $2,019.70. No finding of contempt shall enter.

It is so ordered.

William E. Smith
United States District Judge

Date: 6/4/07