**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA,<br>*Plaintiff,* | : | |
| v. | : | C.A. No. 05-186S |
| RHODE ISLAND CARPENTERS<br>PENSION PLAN,<br>*Defendant.* | : | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COME Marc B. Gursky and Elizabeth Wiens and move this Court for leave to withdraw as counsel for Defendant Rhode Island Carpenters Pension Plan. As grounds for this motion, Attorneys Gursky and Wiens state that Defendant has retained new counsel who have entered their appearance in this matter.

Rhode Island Carpenters
Pension Fund
By its attorneys,

/s/ Elizabeth Wiens
/s/ Marc B. Gursky
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on January 30, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on all parties has been effectuated by electronic means.

/s/ Elizabeth Wiens